FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

JUN 2 9 2011

JAMES N. HATTEN Clerk
By: _____ Deputy Clerk

James Calvin Jones Junior          )
  Grantor/Beneficiary/Executor     )
                                    )
    VS.                           )   CIVIL ACTION
                                       )
STATE OF GEORGIA                   )   FILE NO.
COUNTY OF DEKALB SUPERIOR COURT, et., al )
    Defendant/Respondents         )   **1 11·CV-2111**
Clarence F. Seeliger               )
Robert James                       )   DEMAND TRAIL
Lee Sexton                         )   BY JURY

---

## <u>EXHIBITS AND EVIDENCE</u>

THE HEREWITH ATTACHED EVIDENCE MARKED 1-5 AND THE

EXHIBITS MARKED "A" THRU "M" ALL HEREIN MENTION AND SOME

CERTIFIED IS/ARE A TRUE COPY/ORIGINAL OF WHAT WAS MAILED

OR FILED WITH THE COURT AND THE HEREIN NAMED DEFENDANTS

FROM MY TRUE COPY OR ORIGINAL DOCUMENTS THAT WAS

MAINTAINED BY ME.

# CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.
James Calvin Jones Jr.
Sex: m   DOB: 12/03/1970
Race: B   SSN: 252293848
Ht: 5'6"   Wt: 170
Address: 3594 Crown Point Crt
Decatur GA 30032
In Custody:No
Employment:

WARRANT NO.
08W04967
CASE NO.
08-035854

Prosecutor: J Chamorro
Agent for: Homeland Security Phone: 770-270-0413
Address:1950 W. Exchange Place
Tucker GA 30084

Witness:Zaneta Williams

## AFFIDAVIT

Personally appeared the undersigned prosecutor, J Chamorro who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 3/17/2008 at 12:00 and 3/17/2008 at 12:30, did commit the offense of **Impersonating An Officer (Felony)** in violation of O.C.G.A .16-10-23 , at **4024 Orchard Hill Terr, Stone Mountain** , DEKALB County, Georgia, and against **Zaneta Williams** the laws of the State of Georgia. The facts this affidavit for arrest is based on are: **Said accused did knowingly and willfully falsley hold himself as a peace officer or other public officer or employee with the intent to mislead another into beliving that he is the actually such officer by announcing himself as Clarkston Police to victim, Zaneta Williams.**

pc- D knocked on V's door announced he was a Clarkston P.O.
when V opened door, D gave her a subpoena for her mother. and prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.
Sworn to and subscribed before me this  20 day of March, 2008 at
04:04:32 PM

_____
Judge: B Anderson , MAGISTRATE Court of DEKALB COUNTY

Prosecutor
_____
Badge No..2387 Name: J Chamorro Agency: Homeland Security

## STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to any Sheriff, Deputy Sheriff, Coroner, Constable, Marshal or law enforcement officer of the State of Georgia authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  20 day of March, 2008 at 04:04:32 PM

_____
Judge: B Anderson, MAGISTRATE Court of DEKALB COUNTY

## ORDER FOR BOND

IT IS HEREBY ORDERED that the above-named accused, **James Calvin Jones Jr.**, be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of _____$_____ to assure the presence of said accused at arraignment, trial and final disposition in the [ ] Superior Court  [ ] State Court of DEKALB COUNTY.
**SPECIAL CONDITION OF BOND [ N ]**
Witness my hand and seal, this _____ day of _____, 20____ _____M

_____
Judge: , MAGISTRATE Court of DEKALB COUNTY

# INCIDENT REPORT

| AGENCY ID. (ORI) | | CASE NUMBER |
|---|---|---|
| SA   GA GA0440200 | | 08-035854 |

## EVENT

| INCIDENT TYPE | COUNTS | INCIDENT CODE | PREMISE TYPE | | | |
|---|---|---|---|---|---|---|
| FRAUD - IMPERSONATION | 1 | 2604 | 1 HIGHWAY | 2 SVC. STATION | | |
| Arrest-Impersonating a Police Officer 16-10-23 | 1 | 7399 | 3 CONVENIENCE STORE | 4 BANK | | |
| | | | 5 COMMERCIAL | 6 RESIDENCE | | |
| | | | 7 SCHOOL/ CAMPUS | 8 ALL OTHER | | |

| INCIDENT LOCATION | LOC CODE | WEAPON TYPE |
|---|---|---|
| 4024 ORCHARD HILL TER STONE MOUNTAIN GA | 541 | |

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER | GUN | |
|---|---|---|---|---|---|---|
| 03/17/2008 | 12:00 | 03/18/2008 | 00:04 | YES ☐  NO Y  UNK ☐ | 1 | 2 KNIFE  CUTTING TOOL |
| | | | | | 3 HANDS/FIST, ECT. | 4 OTHER |

| COMPLAINANT | ADDRESS | PHONE NUMBER |
|---|---|---|
| ADAMS, JOY | 4024 ORCHARD HILL TER STONE MOUNTAIN GA 30083- | 404-499-2948 |

## VICTIM

| VICTIMS NAME | RACE | SEX | AGE | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| ADAMS, JOY | B | F | 55 | 404-499-2948 | |

| ADDRESS | CENSUS TRACT | EMPLOYER OR OCCUPATION |
|---|---|---|
| 4024 ORCHARD HILL TER STONE MOUNTAIN GA 30083- | | UNKNOWN OR NOT STATED |

STUDENT? ☐ YES   Y NO   IF YES, NAME VICTIM'S SCHOOL

## OFFENDER

| NAME | RACE | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|
| JONES, JAMES | B | M | | 26 |

WANTED ☐

| ADDRESS | CENSUS TRACT | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|
| | | 505 | | 1 BLACK | 2 BROWN |

WARRANT ☐  CHARGES

| | COUNTS | OFFENSE CODE | OFFENSE/ARREST | JURIS. |
|---|---|---|---|---|
| ARREST ☐ | | | | 1. CITY |
| | | | | 2. COUNTY |
| | | | | 3. STATE |
| | | | | 4. OUT OF STATE |
| | | | | 5. UNKNOWN |

| TOTAL NUMBER ARRESTED | ARREST AT OR NEAR OFFENSE SCENE | DATE OF OFFENSE |
|---|---|---|
| | YES ☐  NO Y | 03/17/2008 |

## VEHICLE

| | TAG NUMBER | STATE | YEAR | V.I.N. |
|---|---|---|---|---|
| STOLEN ☐ | 3668ANH | GA | 2008 | 1HGCD5520TA008298 |

| | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|
| RECOVD ☐  SUSPECTS ☐ | 1996 | Honda | Accord | 4D | BLACK |

| MOTOR SIZE (CID) | TRANS | AUTO | MAN. | INSURED BY |
|---|---|---|---|---|
| | | ☐ | ☐ | |

## WITNESS

| NAMES | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS | PROPERTY RECOVERY INFO ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | THEFT/RECOVERY |
| RECOVERED | | | | | JURISDICTION CODES |
| | CLOTHING | OFFICE EQUIP. | TV. RADIO. ETC | HOUSEHOLD GOODS | 1. CITY  2. COUNTY |
| STOLEN | | | | | 3. STATE  4. OUT OF STATE |
| RECOVERED | | | | | 5. UNKNOWN |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | | | | | |
| RECOVERED | | | | | |

DATE OF THEFT

## ADM.

GCIC ENTRY   ☐ WARRANT   ☐ MISSING PERSONS   ☐ VEHICLE   ☐ ARTICLE   ☐ BOAT   ☐ GUN   ☐ SECURITIES

☐ OTHER

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED ?  ☐ YES   Y NO
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER
☐ 1 - AMPHETAMINE   ☐ 2 - BARBITURATE   ☐ 3 - COCAINE   ☐ 4 - HALLUCINOGEN   ☐ 5 - HEROIN
☐ 8 - MARIJUANA   ☐ 7 - METHAMPHETAMINE   ☐ 8 - OPIUM   ☐ 9 - SYNTHETIC NARCOTIC   ☐ U - UNKNOWN

## CLEAR

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | ☐ CLEARED BY ARREST | ☐ EXCEPTIONALLY CLEARED | ☐ UNFOUNDED | REPORT DATE |
|---|---|---|---|---|
| | | | | 03/18/2008 |

| DATE OF CLEARANCE | | Y ADULT | ☐ JUVENILE |
|---|---|---|---|

## NARRATIVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Narrative Title: INITIAL REPORT
Date Entered: 3/18/2008 6:30:57 AM

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| L HARPER | 2572 | | |

Mrs. Walker

GCIC-UCR-004
(5/92)

AGENCY: DEKALB COUNTY POLICE DEPARTMENT
Jurisdiction: GA0440200
Report Date / Time: 3/18/2008 12:03:00 AM
Incident/Case Number: 08-035854
Case Description: 14
Primary Officer Name/ID: L HARPER/2572
Approved By:
Date/Time Printed: 3/24/2008 8:52:28 AM

## Narrative: Page 2

THE VICTIM STATED THAT ON 3/17/08 AT APPROXIMATELY 1200 HRS SHE RECEIVED A KNOCK ON HER DOOR(ABOVE LOCATION)FROM THE SUSPECT(JAMES, JONES)CLAIMING TO BE A CLARKSTON POLICE OFFICER. THE VICTIM STATED THAT THE SUSPECT WAS A FORMER EMPLOYEE OF CLARKSTON POLICE DEPARTMENT. SHE STATED THAT THE SUSPECT CAME TO HER HOUSE CLAIMING TO HAVE A SUBPOENA TO SERVE HER. THE VICTIM STATED THAT THE PAPER HE GAVE HER WAS A FAXED COPY OF A SUBPOENA FROM THE DEPARTMENT OF LABOR. SHE STATED THAT THE SUSPECT EVEN HAD SOMEONE WHO CLAIMED TO BE AN ATTORNEY( MR, KING #770-991-0550) CALL HER TELLING HER "YOU BETTER GIVE US YOUR STATEMENT IN REGARDS TO THIS CASE".
THE VICTIM STATED THAT SHE IS NOT SURE HOW THE SUSPECT FOUND HER HOME BECAUS HE HAS NEVER BEEN THERE BEFORE. SHE THINKS THAT HE RETRIEVED THE ADDRESS FROM AN EX CO-WORKER.

**INCIDENT REPORT**

08-035854

| SA | GA GA0440200 | AGENCY ID. (ORI) |
|---|---|---|

| | COUNTS | INCIDENT CODE | PREMISE TYPE |
|---|---|---|---|

INCIDENT TYPE: IMPERSONATING A PUBLIC OFFICER OR EMPLOYEE 16-10-23

COUNTS: 1    INCIDENT CODE: 7399

PREMISE TYPE:
| 1 HIGHWAY | 2 SVC. STATION |
| 3 CONVENIENCE STORE | 4 BANK |
| 5 COMMERCIAL | 6 RESIDENCE |
| 7 SCHOOL CAMPUS | 8 ALL OTHER |

**EVENT**

INCIDENT LOCATION

LOC CODE

WEAPON TYPE
| 1 GUN | 2 KNIFE CUTTING TOOL |
| 3 HANDS/FIST, ECT. | 4 OTHER |

INCIDENT DATE     TIME     DATE     TIME     TO     STRANGER TO STRANGER   YES   NO   UNK

COMPLAINANT                    ADDRESS                    PHONE NUMBER

**VICTIM**

VICTIMS NAME: WILLIAMS, ZANETA

RACE: B   SEX: F   AGE: 26   RESIDENCE PHONE: 770-899-3108   BUSINESS PHONE

ADDRESS: 4024 ORCHARD HILL TER STONE MOUNTAIN GA 30088-

CENSUS TRACT

EMPLOYER OR OCCUPATION: UNKNOWN OR NOT STATED

STUDENT?   YES   NO   IF YES, NAME VICTIM'S SCHOOL

**OFFENDER**

NAME     RACE   SEX   DATE OF BIRTH   AGE

WANTED   ADDRESS     CENSUS TRACT   HEIGHT   WEIGHT   HAIR   EYES

WARRANT   CHARGES

COUNTS   OFFENSE CODE   OFFENSE/ARREST   JURIS.

ARREST

ARREST AT OR NEAR OFFENSE SCENE   YES   NO

DATE OF OFFENSE

| 1. CITY |
| 2. COUNTY |
| 3. STATE |
| 4. OUT OF STATE |
| 5. UNKNOWN |

TOTAL NUMBER ARRESTED

**VEHICLE**

TAG NUMBER   STATE   YEAR   V.I.N.

STOLEN

RECOV'D   YEAR   MAKE   MODEL   STYLE   COLOR

SUSPECTS

MOTOR SIZE (CID)   TRANS   AUTO   MAN.   INSURED BY

**WITNESS**

NAMES   ADDRESS   PHONE NUMBER

**PROPERTY**

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS | PROPERTY RECOVERY INFO ONLY |
| STOLEN | | | | | THEFT/RECOVERY |
| RECOVERED | | | | | |
| | CLOTHING | OFFICE EQUIP. | T.V. RADIO, ETC | HOUSEHOLD GOODS | DATE OF THEFT |
| STOLEN | | | | | |
| RECOVERED | | | | | |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | | | | | |
| RECOVERED | | | | | |

JURISDICTION CODES
1. CITY
2. COUNTY
3. STATE
4. OUT OF STATE
5. UNKNOWN

**ADM.**

GCIC ENTRY   WARRANT   MISSING PERSONS   VEHICLE   ARTICLE   BOAT   GUN   SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?   YES   NO
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER

1 - AMPHETAMINE   2 - BARBITURATE   3 - COCAINE   4 - HALLUCINOGEN   5 - HEROIN
7 - METHAMPHETAMINE   8 - OPIUM   9 - SYNTHETIC NARCOTIC   U - UNKNOWN
8 - MARIJUANA

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT   CLEARED BY ARREST   EXCEPTIONALLY CLEARED   UNFOUNDED   REPORT DATE

DATE OF CLEARANCE   ADULT   JUVENILE

**NARRATIVE**

Title:   SUPPLEMENTAL NARRATIVE

Date Entered:   5/12/2008 5:40:31 AM

ON 5/11/08 AT APPROXIMATELY 2200 HRS I RECEIVED A CALL FROM MRS. ADAMS STATING THAT THERE WAS A MISTAKE ON THE NARRATIVE OF THE ORIGINAL REPORT. MRS. ADAMS

REPORTING OFFICER   NUMBER   APPROVING OFFICER: ROSEMUND, D D   NUMBER: 1429

AFTER ARREST

GCIC-UCR-004 (5/92)

Narrative 1 Continuation: Page 1 of 1
Agency: DEKALB COUNTY POLICE DEPARTMENT Jurisdiction: GA0440200
Report Date/Time:
Incident/Case Number: 08-035854 Case Description:
Primary Officer Name/ID: / Approved By: ROSEMUND, D D
Date/Time Printed: 9/12/2008 1:11:05 PM

ATED THAT HER DAUGHTER, MRS. ZANETA WILLIAMS, WAS ALSO THE VICTIM IN THE ABOVE INCIDENT AND THAT
IE WAS THE PERSON WHO ANSWERED THE DOOR FOR THE SUSPECT.

Exhibit "C"

AFTER ARREST

[Click here and type return address and phone and fax numbers]

**Company Name Here**

# Fax

| **To:** | Lee Sexton | **From:** | James JONES |
|---|---|---|---|
| **Fax:** | 770-474-5553 | **Pages:** | 1 of 2 |
| **Phone:** | 404-304-6812 | **Date:** | 12/4/2008 |
| **Re:** | letter | **CC:** | [Click here and type name] |

☐ **Urgent**      ☐ **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☐ **Please Recycle**

● **Comments:** Attn: Mr. Lee Sexton here is the copy of the (Official complaint) that I 'm sending to the DeKalb County police Investigation unit for you review. This complaint should start the investigation in reference to the officers' misconducts. I did not want to go into detail (on the complaint) like you had instructed. I just want to make sure if this complaint was ok? I talked to my civil attorney about the complaint, but he is not my criminal attorney. I don't want to release anything new to anybody without you present or without you having knowledge of the complaint. I will maintain a copy for myself since I have no way of knowing if this reaches your hands. Amendments A, b1, b2, and c are copies of the police reports that you and the Dekalb county police Department already have in their files. Thanks you for your time. *(CLIENT* _____      *James JONES.*

On March 13, 2007 I received a facsimile transmittal sheet from the Georgia Department of labor in reference to a hearing and I requested several person(s) to be subpoena. Ms. Tanya Carter of the Georgia DOL (Department of Labor) advised me that once I received the requested subpoena from the DOL that I would be responsible for delivery of subpoena to the witness(s) who were to appear at the hearing. (See attached amendment) (A)

On March 17, 2007 at approximately 12:00 hr, I arrived at 4024 Orchard Hill Ter located in Stone Mountain Georgia 30083. I knocked at the front door and an adult lady said who it is. I said James Jones. The lady behind the door said who (again). I replied James Jones a "**former officer** who used to work with your mother at Clarkston Police Department." The lady opened the door and stated, "I know you, you that officer from Clarkston." I then asked the adult lady was her mother (Ms. Joy Adams) home. The adult lady said no and advised that her mother (Joy Adams) was at work.

I asked the adult lady if I could leave a copy of a DOL hearing subpoena with her to be giving to her mother. The adult lady said yes and advised me that she would give the subpoena to her mother (Joy Adams) when she comes home from work later that day. I told the adult lady thank you, she closed the door and I walked away. On March 21, 2007 the day of my DOL Unemployment hearing, Dekalb County Police officers got out of their marked and unmarked unit approached and arrest me.

I asked the officer what was the reason for the arrest and they said nothing. I told J. Chamorro that she could not search my vehicle. The officer J Chamorro had me placed in the back seat of a unit and started to ransack the driver, passenger, rear seating area and the trunk area of my vehicle. I asked her why was my vehicle being searched and she just ignored my question. J Chamorro removed my items from my vehicle. I also told J Chamorro not to tow my vehicle. J Chamorro then said that she was towing my vehicle and when I asked why she stated "because I can I'm the police". I then asked her even if my vehicle is parked on private property she stated "yes".

So my vehicle was towed with incident. I told Officer J. Chamorro not to tow my vehicle, because my wife could have retrieved my vehicle from DOL parking lot. Due to officer J Chamorro decisions to tow my vehicle I had to endure a hefty sum to retrieve my vehicle from impound. I was later informed by J Chamorro while en route to DeKalb County Jail that I was being arrested for impersonating a police officer. The adult lady at above listed location was later identified by a warrant number# 08W04967 as Zaneta Williams the Daughter of Ms. Joy Adams. (See attached amendment) (B1), (B2) and (C).

I would like to request a written response from the DeKalb County Police investigation unit, in reference to their finding and resolution in this matter. I will maintain a copy of this letter for my file.





1960 West Exchange Place, Suite 201
Tucker, GA  30084
Office: (770) 724-7910   Fax: (770) 724-7916

## COMPLAINT FORM

Statement of _James C Jones Jr_ Date & Time _12/18/08   21:00 hr_

Address _3594 Crown Point CT  Decatur Ga_

Telephone Number(s):(H)_678 822-9679_ _404 304-6812_ (W)_____
_922 -_

The DeKalb County Police Department thoroughly investigates all allegations of employee misconduct. Employee(s) found to have violated departmental policy are subject to written counseling, suspension, or possible termination.

Therefore, complainants and witnesses should be aware that knowingly making false allegations or statements could result in criminal prosecution for False Statements, (O.C.G.A. 16-10-20.) Additionally, an employee could seek other civil remedies against an individual for knowingly making false allegations.

All statements provided should be as complete and accurate as possible.

I have read and understand the above information.

_James Jones_
Signature
_12/18/08_
_10 pages included_
09-25-07

Witness _____

RECEIVED
DEC 18 2008
INTERNAL

INTERNAL AFFAIRS STATEMENT FORM

I.A. CASE# _____

On March 13, 2007 I Received a facsimile transmittal sheet from the Georgia Department of Labor in reference to a hearing and I requested several person(s) to be subpoena. Ms. Tanya Carter of the Georgia (DOL) Department of Labor advised me that once I received the requested subpoena from the DOL) that I would be responsible for delivery of subpoena to the witness(s) who were to appear at the hearing, (see attached amendment)(A).

On March 17, 2007 at approximately 12:00hr, I arrived at 4024 Orchard Hill Ter located in Stone Mountain, Georgia 30083. I knocked at the front door and an adult lady said "who is it". I said James Jones. The lady behind the closed door said "who" (again). I replied "James Jones a former officer who used to work with your mother at the Clarkston Police Department." The lady opened the door and stated "I know you, you're that officer from Clarkston". I then asked the adult lady was her mother (Ms Joy Adams) home. The adult lady said "No" and advised that her mother (Joy Adams) was at work.

I asked the adult lady if I could leave a copy of a DOL hearing subpoena with her to be given to her mother, the adult lady said yes I could leave the DOL subpoena with her and advised me that she would give the subpoena to her mother (Joy Adams) when she (Ms Joy Adams) comes home from work later that day. I told the adult lady thank you, she closed the door and I walked away. On March 21, 2007 the day of my DOL unemployment hearing Dekalb County Police officer got out their marked and unmarked unit approached and arrest me.

I asked the officer what was the reason for the arrest and they did not respond nothing. I told a lady officer that she could not search my vehicle, the lady officer had me placed in the back seat of a unit and she started to ransack the driver, passenger, rear seating area and the trunck area of my vehicle

X (James Jones)

Printed Name & Signature                                    page __6__

James Jones

INTERNAL AFFAIRS STATEMENT FORM
I.A. CASE#_____

I asked her why was my vehicle being searched and she
Just ignored my question. The lady officer removed my items
from the vehicle. I also told the lady office not to tow my vehicle.
The lady officer then Said that she was towing my vehicle
and when I asked why she stated "because I can 'im the Police."
I then asked her even if my vehicle is parked on private property
she stated "yes".

So my vehicle was towed with incident. I told the
lady officer not to tow my vehicle, because my wife could
have retrieved my vehicle from the DOL Parking lot. Due to
~~apparents~~ the lady officer decision to tow my vehicle I had to
endure a hefty sum to retrieve my vehicle from impound. I was
later informed by the lady officer while en Route to Dekalb
County Jail that I was being arrested for impersonation a
Police Officer. The lady officer never gave me her name. I later
found out by via warrant #08W04967 that the lady officer
name was J. Chamorro. The adult lady at 4024 orchard Hill
TER in Stonemountain Georgia 30083, also was later identified on
the Same warrant #08W04967 as Zaneta williams the Daughter
of Ms Joy Adams. (see attached amendments) (B1)(B2) and C

I would like to Request a written response from
the Dekalb County Police investigation unit, in reference
to their finding and resolution in this matter. I will
maintain a copy of this letter for my file. I will also
attached a Type copy for better reading in Case my handwriting
is not readable.

X James   Jones
Printed Name & Signature
Jones

page 2

Revised copy:

On March 13, 2007 I / my wife received a facsimile transmittal sheet from the Georgia Department of labor in reference to a hearing and I requested several person(s) to be subpoena. Ms. Tanya Carter of the Georgia DOL (Department of Labor) advised me that once I received the requested subpoena from the DOL that I would be responsible for delivery of subpoena to the witness(s) who were to appear at the hearing. (See attached amendment) (A)

On March 17, 2007 at approximately 12:00 hr, I arrived at 4024 Orchard Hill Ter located in Stone Mountain Georgia 30083. I knocked at the front door and an adult lady said "who is it". I said "James Jones". The lady behind the closed door said "who" (again). I replied "James Jones a **former officer** who used to work with your mother at the Clarkston Police Department". The lady opened the door and stated, "I know you, and you're that officer from Clarkston." I then asked the adult lady was her mother (Ms. Joy Adams) home. The adult lady said "**no**" and advised that her mother (**Joy Adams**) **was at work.**

I asked the adult lady if I could leave a copy of a DOL hearing subpoena **with her to be given to her mother.** The adult lady said yes, I could leave the DOL subpoena with her and advised me that she would give the subpoena to her mother (Joy Adams) **when she (Ms. Joy Adams) comes home from work later that day.** I told the adult lady thank you, she closed the door and I walked away. On March 21, 2007 the day of my DOL Unemployment hearing, Dekalb County Police officers got out of their marked and unmarked unit approached and arrest me.

I asked the officer what was the reason for the arrest and they did not respond. I told a lady officer that she could not search my vehicle. The lady officer had me placed in the back seat of a unit and she started to ransack the driver, passenger, rear seating area and the trunk area of my vehicle. I asked her why was my vehicle being searched and she just ignored my question. The lady officer removed my items from my vehicle. I also told the lady officer not to tow my vehicle. The lady officer then said that she was towing my vehicle and when I asked why, she stated "because I can I'm the police". I then asked her even if my vehicle is parked on private property she stated "yes".

So my vehicle was towed with incident. I told the lady officer not to tow my vehicle, because my wife could have retrieved my vehicle from DOL parking lot. Due to the lady officer's decisions to tow my vehicle I had to endure a hefty sum to retrieve my vehicle from impound. I was later informed by the lady officer while en route to DeKalb County Jail that I was being arrested for impersonating a police officer. The lady officer never gave me her name.

PAGE 2          12/18/2008

I later found out by via warrant #08W04967 that the lady officer's name was J. Chamorro. The adult lady at 4024 Orchard Hill Ter in Stone Mountain Georgia 30083, also was later identified on the same warrant #08W04967 as Zaneta Williams, the Daughter of Ms. Joy Adams. (See attached amendment) (B1), (B2) and (C).

I would like to request a written response from the DeKalb County Police investigation unit, in reference to their finding and resolution in this matter. I will maintain a copy of this letter for my file. I will also attach a typed copy for better reading, in case my hand writing is not readable.



**TERRELL D. BOLTON**

# DeKalb County Police Department
## Internal Affairs Unit
1960 West Exchange Place
Tucker, Georgia 30084
(Main 770.724.7910 - Fax 770.724.7916)

### MEMORANDUM

**To:**       James Jones

**From:**     Sergeant Slade

**Subject:**  Complaint on Detective Chamorro

**Date:**     February 10, 2009

---

Mr. Jones, in reference to your complaint on Detective Chamorro, Detective Sergeant Medlin (Homeland Security Division) investigated your complaint and found that the detective's actions were exonerated. If you would like to review the investigation, you will need to contact Ms. Tucker at the Internal Affairs office at 770 724-7910. She will be able to guide you through the open records procedure. The Internal Affairs Unit did not investigate your complaint. This was a line-level complaint which was investigated by Detective Chamorro's supervisor. If you have additional questions about his investigation, you will need to contact him directly at 770 724-7807.

I have put a copy of what the explanation of findings are with this memo. In reference to your latest letter in which you ask numerous questions about the validity of the arrest and what took place during your arrest, you will be best to direct those questions to the DeKalb County District Attorney's office. You will have your day in court which will provide you a chance to argue your case.

*Mr. Jones,*

*Below IS what Exonerated*

*IS defined as.*

*Sgt Slade*



# DeKalb County Police Department
## Internal Affairs Unit
1960 West Exchange Place
Tucker, Georgia 30084
(Main 770.724.7910 - Fax 770.724.7916)

### MEMORANDUM

**To:**

**From:**

**Subject:**

**Date:**

---

Internal Affairs has completed our investigation into the incident in which you were involved. After a thorough investigation, we concluded with the following:

> **Allegation    -    Finding**

An explanation of the findings is contained in the chart below. An investigative report has been prepared and placed in your Internal Affairs file. Please feel free to come to our office to review the file at your convenience. As you know, the Internal Affairs Unit is an administrative fact finding unit and is not involved with any disciplinary action. If you have any questions related to the type or severity of action taken, please direct that to your chain of command.

| FINDING | EXPLANATION |
|---|---|
| Unfounded | Investigation indicates the act or acts complained of did not occur or failed to involve DeKalb Police Personnel |
|  |  |
| Not Sustained | Investigation fails to discover sufficient evidence to clearly prove or disprove the allegations made in the complaint |
| Sustained | Investigation disclosed sufficient evidence to clearly prove the allegations made in the complaint |

Date: 02/04/2009
Time: 03:46
Ref: Internal Affairs
Rebuttal: Evidence- no written response of findings received from Internal Affairs
Definitions: Thirteen Bold with underline print

On December 19, 2008 I left home to file a formal written complaint at the DeKalb County Police Internal Affairs Division at 1960 West Exchange Suite 201 Tucker, Georgia 30084. At approximately 11:30 a.m., I arrived and spoke with Detective Sledge. Detective Sledge advised me that he knew Detective J.Chamorro and he almost refused to file the complaint. Detective Sledge also told me that there was no reason for him to review the complaint, but that he would forward the complaint to Detective J. Chamorro's supervisor (who works in the Homeland Security Division) for him / her to review.

At that point the clerk (of the Internal Affairs Division) provided me with a stamped copy of the complaint form that would be forwarded to Detective J. Chamorro's supervisor with a date of December 19, 2009.  The copy I received read "10 pages included". Also on the formal written complaint, I requested a written response from the DeKalb County Police investigation unit that was handling the complaint, in reference to their findings and resolution in the matter. Interestingly to date as of February 2009 I have yet to receive their written response to the formal complaint.

On January 09, 2009 at approximately 4:35 p.m., I received a phone call from (telephone # 770-724-0000) a Sergeant Metley claiming to be with the DeKalb County Police Homeland Security Division. Sergeant Metley said that he was calling in reference to Detective J. Chamorro who worked under his supervision. Sergeant Metley said that Detective J. Chamorro was exonerated and that she had witness (es). I have a question, **exonerated from what**? He further stated that if I wanted to appeal the decision that I could. I have another question, **what decision**? Did internal affairs make a decision?

Now, (#1) **fabricated evidence:** is defined as false or deceitful evidence that is unlawfully created, usu. after the relevant event, in an attempt to avoid liability or conviction. How would I know what to appeal if I did not receive the written response I requested from your findings? Sergeant Metley verbal communication in society has no weight nor can be used as grounds of proof for anything. This is why I requested a written response from the DeKalb County Police Internal Affairs Division. I need something in written format, as requested. I ask is Sergeant Metley fabricating evidence?

What was Sergeant Metley (#2) **mens:** is defined as mind, intention, will? at the time he telephoned me? Did Sergeant Metley have knowledge or belief that Detective J. Chamorro was performing her job at the time of my arrest or was she acting on (#3) **moral evidence:** which is defined as loosely evidence that depends on a belief, rather than complete and absolute proof?

*I asked was Ms. Joy Adams present at the time the subpoena was hand delivered. In fact this is the main question, which I mentioned / asked internal affairs.* Detectives and officers should have all facts not beliefs before arresting someone?

Next (#4) **corroborating evidence:** is defined as evidence that need support. I ask where is this statement, which corroborates with one another? Now (#5) **need n** is defined as the lack of something important; a requirement. So, I ask did both of the individuals have this knowledge of the allegations (at the same time). If an individual did not have knowledge of the allegations being heard or seen at the **same place and time** of the facts (or alleged allegations), then how could you have any corroborating statement?

Did the corroborator according to the initial report filed in March of 2008, hear with his / her own ears or witness with his / her own eyes the alleged allegations. Case and point, look closely at the (warrant # 08W04967, it reads under pc- D knocked on V's door announced he was a Clarkston P.O. when V opened door, D gave **her a subpoena for her mother).** Meaning, that Ms. Joy Adams received no documentation from me directly. Further; if Ms. Joy Adams was present, what would be the reason to give the subpoena to her daughter. I ask was the corroborator **present** at the time and place of the alleged matter?

Did Ms. Joy Adams have direct evidence? Number (6) **direct evidence:** is defined as evidence that is based on personal knowledge or observation and that, if true proves a fact without inference or presumption? Did Detective J. Chamorro act on direct evidence or moral evidence? I have a question? Do DeKalb County Police Detectives act on insufficient evidence? I would like to say that (#7) **insufficient evidence:** is defined as evidence that is inadequate to prove something, so that no presumption-even a conditional one-is raised.  I ask was there an investigation conducted by Detective J. Chamorro??

May I ask Internal Affairs; is there a written policy at the DeKalb County Police Department where officers are trained to arrest an individual based on hearsay evidence alone? I'm not referring to a practice that some of your officers may engage in. However (#8) **hearsay:** is defined as traditionally, testimony that is given by a witness who relates not what he or she knows personally, **but what others have said,** and that is therefore dependent on the credibility of some other than the witness. **I ask again, was Mrs. Joy Adams present on March 17,2008 at approximately 12:00 p.m. at 4024 Orchard Hill Ter Stone Mountain, Georgia 30084 at the time of the said allegation?**

To be clear for my records, too have corroborating statements, two individuals would have to be present at the same place, which would give the knowledge at the same time. I mean to be able to have what is termed corroborating statements? Right, true or false?

## Page 3 of 3

That brings us to (#9) **substantial evidence:** evidence that a reasonable mind would accept as adequate to support a conclusion; evidence beyond a scintilla. Detective J. Chamorro did not have substantial evidence? Lastly (#10) **scintilla**: is defined as a spark or trace.

**Question: #1** did Zaneta Williams talk to Attorney King as stated in the incident initial report filed on March 18, 2008 at 6:30:57a.m., because it reads; she (who <u>Ms. Joy Adams or her daughter Zaneta Williams</u>) stated that the suspect even had someone who claimed to be an Attorney King (Mr., King #770-991-0550) call her (again which one, <u>Mrs. Joy Adams or Zaneta Williams</u>) telling her ( who Mrs. Joy Adams or Zaneta Williams) "you better give us your statement in regards to this case". <u>Question, was this Ms. Joy Adams speaking or Zaneta Williams her daughter?</u>

**Question: #2** now on the same incident initial report face sheet (in the victim column) filed on March 18, 2008 at 6:30:57a.m. it reads Mrs. **Joy Adams as the victim** and according to the report she would be the person given this testimony in the narrative on page two of the same incident initial report? Now, according to Detective Sledge, he said that the person who gave that statement in the incident initial report filed on March 18, 2008 at 6:30:57a.m. was Zaneta Williams and Detective Sledge tried to prove a point with a copy of a second supplement report that I had on my person, which was dated 05/11/2008.

The second supplemental report reads; *at approximately 2200 hrs I received a call from Ms. Adams stating that there was a mistake on the narrative of the original report. Mrs. Adams stated that her daughter, Mrs. Zaneta Williams was also the victim in the above incident and that she was the person who answers the door for the suspect.* Approving Officer Rosemund, D D badge # 1429.  What was the mistake on the narrative of the original report? Warrant #08W04967 provided us with who answered the door, so why would Mrs. Joy Adams call the DeKalb County Police Department and want to change the report. **I ask again, "What mistake was corrected on the narrative of the original report". Question, Did Zaneta Williams have a conversation when she opened the door or was she mute?** If there was a conversation with Zaneta Williams, what does it say?

You just read that Mrs. Joy Adams said that her daughter Zaneta Williams was the one who opened the door. Why would Mrs. Joy Adams go out of her way to call the DeKalb County Police to make sure that the report was corrected and made to reflect that it was her daughter that opened the door and not Mrs. Joy Adams? Mrs. Joy Adams knew that a conversation had taken place and she knew that she was not the person present at the place and time who spoke with the defendant. *For this reason I ask again*, was Mrs. Joy Adams present on **March 17, 2008 at approximately 12:00 P.M. at 4024 Orchard Hill Ter Stone Mountain, Georgia 30084 at the time of the said allegation?**

**Page 4 of 4**

Mrs. Joy Adams knew that she was not present at the alleged place and time, which is why it had to be the daughter Mrs. Zaneta Williams that answered the door and not Mrs. Joy Adams. Zaneta Williams could have easily said wait a minute let me get my mother and if Mrs. Joy Adams was in the distance of the sound of my voice, what did she hear. Like I said in the formal written complaint filed and dated December 19, 2008 **"I then asked the lady (Zaneta Williams) was her mother Mrs. Joy Adams home". The lady (Zaneta Williams) said "no" and advised that her mother Mrs. Joy Adams was at work.**

Now if Mrs. Joy Adams was at work on **March 17, 2008 at approximately 12:00 p.m.** how could she give the initial report filed on March 18, 2008 in first person, based on second hand information. **At that point Mrs. Joy Adams testimony would be considered hearsay, because is not (direct knowledge of the allegations). This is why Mrs. Joy Adams tried to call the DeKalb County Police and correct the report, to say that her daughter Zaneta Williams answered the door, because the initial report made it look like Mrs. Joy Adams answered the door and gave a statement to DKPD. Warrant # 08W04967 provided you with the person who answered the door.**

**Question: #3** again, I ask was Ms. Joy Adams present at the time of the deliver of the subpoena? I said no! Even on the last line of the narrative report page 2 of the initial report it reads: ***she thinks that he retrieved the address from an ex co-worker?*** I asked this question before, what would be the reason to give the subpoena to Zaneta Williams if Mrs. Joy Adams was **present**. I ask is there a written statement of Mrs. Joy Adams that corroborate with Zaneta Williams, because a second supplemental report confirms or affirms according to your department that Zaneta Williams gave the statement filed on March 18, 2008 at 6:30:57a.m.

**Next question,** another important one, did Zaneta Williams work at the Clarkston Police Department at the time of my tenure? A small inquiry into her 2006 and 2007 IRS statement of Zaneta Williams will prove that the answer to be "no, she did not work there", or just ask her.

**Question: #4** now in the report filed on March 18, 2008 at 6:30:57a.m.did Mrs. Joys Adams or Zaneta Williams talks about an ex-coworker? Did we have knowledge of the same ex coworkers? Also according to the same words in the same narrative ***(the victim stated that the suspect was a former employee of Clarkston Police Department.*** So again who is given this statement (Mrs. Joy Adams or Zaneta Williams)? So as you can see this was Mrs. Joy Adams statement. **So explain to me who else received a subpoena, because I only had one per person**

**Page 5 of 5**

I could not have given them both a subpoena with only one subpoena. Somebody is being deceitful with their statements or investigation. Either I gave it to Zaneta Williams like it reads on the warrant # 08W04967 or according to the your incident initial report filed on March 18, 2008 at 6:30:57a.m given by Mrs. Joy Adams who also would have received a subpoena. I would like to know if the DeKalb County Police Department can explain the two subpoenas issues vs. the one subpoena that I hand delivered to Zaneta Williams on March 17, 2008 at 12:00p.m.

Mrs. Joy Adams statement was used to make it look like she was present and her daughter Zaneta Williams just witness the alleged allegations. I will like to tell you what this look like to me, but right now I'm only asking you questions. Anyone that read this letter will see the deceit, improper handling of statements or investigations. So I will wait for your findings

**(#11)Rebuttal evidence:** is defined as evidence offered to prove or contradict the evidence presented by an opposing party. This I have tried to do by providing you with the same documentations with my formal complaint.

**(#12) Relevant evidence:** is defined as evidence tending to prove or disprove a matter in issue.

**(#13) Issue:** is defined as a point in dispute between two or more parties.

I also would like to request written documentation and a response to the names and forwarding department that you corresponded with in reference to this matter. This and my previous complaint and these questions that you just reviewed is very relevant. Again I request a written response in reference to your finding and resolutions to this matter. Chief Bolton, I have already sent a certified letter to your office on 01/14/2009 address to you in reference to these issues. The returned receipt was dated received 01/15/2009. Chief Bolton, I also received several telephone calls from your (personal aid a male Sergeant ) that works in the Home land Security Division of your department, because I was trying to set an appointment with you to discuss this matter.

Sincerely,

Cc: DKPD Internal Affairs Division (Detective Sledge)
    Chief: Terrell Bolton
    CEO: Burrell Ellis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CEO Burrell Ellis
300 Commerce Dr.
Decatur GA 30030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Walter Exchange

B. Received by (Printed Name) | C. Date of Delivery
W. Schaefer | 2/10/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FEB 10 2009

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 3230 0000 0916 9105

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief T. Bolton
1960 West Exchange Pl. Ste 201
Tucker, GA 30084

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]                  ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   [illegible] Parker           JAN 13 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

30084

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 3450 0003 1394 1347

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T. Bolton
1960 West Exchange Pl
Tucker, GA 30084

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]

B. Received by (Printed Name)   C. Date
   Ben Robinson                  2-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Me
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)
   7008 3230 0000 0916 9112

PS Form 3811, February 2004    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Affairs Division
1960 West Exchange Pl. Ste 201
Tucker, GA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]

B. Received by (Printed Name)   C. Dat
   [illegible]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for I
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)
   7008 3230 0000 0916 9112

PS Form 3811, February 2004    Domestic Return Receipt

OJS Criminal Case Details                                                                                        3/22/11 10:38 AM



# OJS
## Online Judicial System
# DeKalb County, GA

March 22, 2011    ( Information last refreshed 21-MAR-2011 06:41:53 PM EST )                    LOGOUT

## Criminal Case Search

| | | | |
|---|---|---|---|
| Case ID: | 09CR2680 | Case Type: | All Types |
| Last Name / First Name: | | Case Status: | ◉ Open ○ All |
| OR Company Name: | | Court Code: | All Courts |
| ☑ Exact Last Name Search  ☐ Phonetic Search | | Filing Date From : | MM/DD/YYYY  To : MM/DD/YYYY |
| **search**   **reset** | | Party Type: | DE – Defendant |

### Criminal Case Information

| | |
|---|---|
| Case:    09CR2680 ( Open ) | JONES JAMES CALVIN JR. |
| Filing Date: 04/27/2009 | Type: Superior Criminal |
| Judge:    CLARENCE F. SEELIGER | Superior Court |
| Related Cases: | Assigned Staff |
| No Related Cases. | |

### Criminal Case - Parties

| Party | Type |
|---|---|
| JONES, JAMES CALVIN | Defendant |
| FREE AT LAST BAIL BONDS INC | Bonding Company |
| KING, MICHAEL B | Attorney |
| LONG, ANNE | Asst. District Attorney |
| HEARD, CALVIN | State'S Witness |
| GARNER, J | State'S Witness |
| EDWARDS, M D | State'S Witness |
| HASAN, OFFICER | State'S Witness |
| PARKER, O B | State'S Witness |
| PAYTON, J N | State'S Witness |

Next >>

### Scheduled Events

| Scheduled Date/Time | Event Description | Building | Room |
|---|---|---|---|
| 26-APR-10 09:30:00 | Arraignment | | 7A |
| Event Disposition: 29-MAR-10, Scheduling Error-District Atty | | | |
| 26-APR-10 09:30:00 | Jury Trial Calendar | | 7A |
| 30-NOV-09 09:30:00 | Jury Trial Calendar | | 7A |
| 16-JUL-09 09:30:00 | Arraignment | | 7A |

### Charge/Disposition/Sentencing Information

| Warrant No. | Seq No. | Maint. Code | Charge Level / Code and Description | Offense Date | Disposition Desc. | Disposition Date | Sentence Description | Sentence Length | Sentence Start Date |
|---|---|---|---|---|---|---|---|---|---|
| JONES, JAMES CALVIN | | | (Released) *click here for bond information*  Booking Link: 0392234 | | | SPN Link : X0369862 | | | |
| 08W04967 | 1 | -- | F16-10-23-IMPERS A PUBL OFFICER/EMPLOYEE | 17-MAR-08 | | | | | |

### Docket Results

| Description | Filing Date | Text | Assoc. Party |
|---|---|---|---|
| Order Filed | 15-JUL-2010 | DEFENDANT'S MOTION TO WITHDRAW BENCH WARRANT. SIGNED BY THE HONORABLE JUDGE CLAR...more | Yes |
| Order Filed | 01-JUN-2010 | IT IS ORDERED AND ADJUDGED THAT THE NAME OF LEE SEXTON BE STRICKEN FROM THE RECO...more | Yes |
| Motion Filed | 13-MAY-2010 | DEFENDANT'S MOTION TO WITHDRAW BENCH WARRANT AND PLACE HIS CASE ON THE NEXT SPEE...more | Yes |
| Entry Of Appearance | 10-MAY-2010 | | Yes |
| Copy Of Bench Warrant | 05-MAY-2010 | DUPLICATE ORIGINAL FILED. | Yes |
| Motion To Withdraw | 28-APR-2010 | AS COUNCEL FOR DEFENDANT FILED BY ATTORNEY LEE SEXTON | Yes |
| Bench Warrant Issued | 26-APR-2010 | Docket entry for the letter produced from CDAPRTY on 26-APR-2010 by TADUGGER. | No |
| Conflict Letter Filed | 23-APR-2010 | AMENDED  FILED BY ATTORNEY LEE SEXTON | Yes |
| Notice Of Leave Of Absence | 14-APR-2010 | AMENDED NOTICE OF LEAVE OF ABSENCE FILED. | Yes |
| Trial Calendar | 13-APR-2010 | DEKALB COUNTY SUPERIOR COURT JURY TRIAL CALENDAR CALL ON 04/26/2010 AT 9:30 A.M ...more | No |
| Notice | 12-APR-2010 | Docket entry for the letter produced from CSAEOUT on 12-APR-2010 by TADUGGER. | No |
| Notice | 12-APR-2010 | Docket entry for the letter produced from CSAEOUT on 12-APR-2010 by TADUGGER. | No |
| Notice Of Leave Of Absence | 07-APR-2010 | AMENDED. FOR THE PERIOD OF 04/19/2010 THROUGH 04/23/2010, 04/29/2010 AND 05/03/2...more | Yes |
| Scheduling Error-District Atty | 29-MAR-2010 | | No |
| Notice Of Leave Of Absence | 22-MAR-2010 | FOR THE PERIOD OF APRL 19 THROUGH APRIL 23, 2010 AND APRIL 2, 2010. FILED LEE SE ...more | Yes |
| Conflict Letter Filed | 30-NOV-2009 | CONFLICT LETTER FILED FOR THE WEEK OF DECEMBER 07, 2009 BY LEE SEXTON, ATTORNEY. | Yes |
| Conflict Letter Filed | 30-NOV-2009 | AMENDED CONFLICT LETTER FILED FOR THE WEEK OF NOVEMBER 30, 2009 BY LEE SEXTON. A ...more | Yes |
| Conflict Letter Filed | 24-NOV-2009 | FILED BY LEE SEXTON, ATTORNEY. | Yes |
| Notice | 16-NOV-2009 | Docket entry for the letter produced from CSAEOUT on 16-NOV-2009 by TADUGGER. | No |
| Notice | 16-NOV-2009 | Docket entry for the letter produced from CSAEOUT on 16-NOV-2009 by TADUGGER. | No |
| Trial Calendar | 16-NOV-2009 | DEKALB COUNTY SUPERIOR COURT TRIAL CALENDAR CALL ON NOVEMBER 30, 2009 AT 9:30 A ...more | No |
| Notice Of Leave Of Absence | 27-AUG-2009 | FOR THE PERIOD OF AUGUST 31 AND SEPTEMBER 7 THROUGH AND INCLUDING SEPTEMBER 20 ...more | Yes |
| States Response To Discovery | 04-AUG-2009 | | Yes |
| Order Filed | 04-AUG-2009 | DEFENDANT'S MOTION FOR A STATUTORY SPEEDY TRIAL DEMAND. SIGNED BY THE HONORABLE ...more | Yes |
| Certif Of Svc As To Discover | 30-JUL-2009 | PROVIDED BY STATE. | Yes |
| Demand For Speedy Trial | 28-JUL-2009 | | Yes |
| Conflict Letter Filed | 10-JUL-2009 | AMENDED CONFLICT LETTER FOR THE WEEK OF JULY 13, 2009 | Yes |
| Notice | 06-JUL-2009 | Docket entry for the letter produced from CSAEOUT on 06-JUL-2009 by TADUGGER. | No |
| Notice | 06-JUL-2009 | Docket entry for the letter produced from CSAEOUT on 06-JUL-2009 by TADUGGER. | No |
| Notice | 06-JUL-2009 | Docket entry for the letter produced from CSAEOUT on 06-JUL-2009 by TADUGGER. | No |
| Arraignment Calendar | 02-JUL-2009 | DEKALB COUNTY SUPERIOR COURT ARRAIGNMENT CALENDAR CALL ON JULY 16, 2009 AT 9:30 ...more | No |
| List Of Witnesses | 01-JUL-2009 | Docket entry for the letter produced from CDAPRTY on 01-JUL-2009 by TADUGGER. | No |
| Arraignment Calendar | 02-JUL-2009 | DEKALB COUNTY SUPERIOR COURT ARRAIGNMENT CALENDAR CALL ON JULY 16, 2009 AT 9:30 ...more | No |
| Notice Of Election To Proceed | 11-MAY-2009 | | Yes |
| Request For Productions Of Doc | 11-MAY-2009 | DISCOVERABLE MATERIAL. | Yes |
| Request For Info Described In | 11-MAY-2009 | O.C.G.A. 17-16-8 | Yes |

| Objection | 11-MAY-2009 | DEFENDANT'S OBJECTION TO WAIVER OF CRIME LAB ... | Yes |
| Motion For Discovery | 11-MAY-2009 | | Yes |
| Entry Of Appearance | 11-MAY-2009 | | Yes |
| Request Filed | 07-MAY-2009 | FOR PRETRIAL DISCLOSURE OF EVIDENCE ... | Yes |
| Indictment Filed | 27-APR-2009 | | No |
| Notice | 21-APR-2009 | | No |
| Entry Of Appearance | 17-JUL-2008 | FILED UNINDICTED. | Yes |
| Miscellaneous | 27-MAR-2008 | | No |

Disclaimer
Copyright 2007. All rights Reserved.
Service provided by DeKalb County, GA

**OJS** Online Judicial System
DeKalb County, GA

EXHIBIT "I"

## COUNT I

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**JAMES CALVIN JONES, JR.**

with the offense **of IMPERSONATING AN OFFICER** for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 17th day of March, 2008,** did falsely hold himself out as Officer James Jones, a peace officer with the City of Clarkston Police Department, with the intent to mislead Zaneta Williams and Joy Adams, into believing that the accused was actually such an officer,,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

GWENDOLYN KEYES FLEMING, District Attorney



# DEKALB COUNTY POLICE DEPARTMENT
## VOLUNTARY STATEMENT FORM

Case Number: 08-035854

STATEMENT OF: Zaneta C Williams Social Security# _____

Address: 4024 Orchard Hill Ter Apt: — City/State/Zip: 30083

DOB: 9-27-81 Sex: F Height: 6'0 Weight: 217 Race: Black

Employer's Name: Best Buy Address: Lavista Rd (Store)

Phone Numbers: Residence: 770 875-8949 Business: 770 939-7660

Statement Taken By: Det T. Chandico          Date: 03-20-08

Time: Began: 1045   Ended: 1115   Location: 4024 Orchard Hill Tr

On Monday March 17, 2008 about 2:00pm
there was a knock at my door I was
hesitant to answer due to the fact we
usually do not have visters often and I
was unaware of anyone coming to my
home, I proceeded to the door looked
out of the peep hole and because of
a door hanger I was unable to see
the upper half of the person at the
door all I noticed was dark pants
and dark shoes at that time I asked
who is it and as the person responded
i could only hear the end of his statement
which was Clarkston police dept because
it hurts in the door I ask again and
heard a muffled statement ending in
Clarkston Police dept, still not understanding
his statement completely I asked one
final time and after the frustration
of tring to understand him, I open
the door slightly. A man black short
maybe 5'5 · 5'6 was there in a skull cap
black with a thin light blue stripe around
it, tinted baby blue shades or heavy
jacket and dark shirt jacket was dark as
well said could you hear me I was

Signed: Zaneta C Will—  Page#          Witnessed: _____



# DEKALB COUNTY POLICE DEPARTMENT
## VOLUNTARY STATEMENT FORM

Case Number 08-035854

STATEMENT OF: Zaneta Williams _____ Social Security# _____

Address: _____ Apt:____ City/State/Zip: _____

DOB:_____ Sex:__ Height:____ Weight:____ Race:_____

Employer's Name:_____ Address:_____

Phone Numbers: Residence:_____ Business:_____

Statement Taken By: Det. T. Chamorro ___ Date: 03-20-08

Time: Began: 1045 Ended: 1115 Location: 4024 Orchard Trace Ten

saying former officer of clarkston police
dept. I said I couldn't hear his entire
statement clearly and was under the
impression he was a clarkston officer
i just opened the door. he ask at that
time did i recognize him and i
said it was hard due to him being
in plain clothes but I was similar
with his face he proceed to say
he worked with my mom at clarkston
and wanted to drop off this paper
for her the paper was handed to
me folded in half and I ask well
what is this for I did not open
the paper he said well they are
tring to black mil me at clarkston
like they did your mom I not wanting
to get into that I ask well ok now have
you been he said tring to make it
I said well we will pray for you
said ok and he saw i was ready to
close the door so he back up a little
and i said bye and closed the door
at that time i did open the piece of
paper saw it was a subpoena and then
called my mom. I was wondering at
that time and 50 2w talked to my mom about

Signed: Zaneta C. Will ___ Page# ___ Witnessed: _____

IN THE SUPERIOR COURT OF DEKALB COUNTY

| | | |
|---|---|---|
| (STATE OF GEORGIA), PLAINTIFF | ) | CASE # 09CR2680 |
| | ) | |
| VS. | ) | |
| | ) | |
| (JAMES C JONES JR) DEFENDANT | ) | |

( James Calvin Jones Junior ) Third Party Plaintiff     IN ADMIRALTY

VS.

(LEE SEXTON,
(GWENDOLYN KEYES FLEMING) Third Party Defendant

## AFFIDAVIT OF NEGATIVE AVERMENT

Come now James- Calvin Jones Junior, Third Party Plaintiff, by special visitation and not appearing generally, before this court (on April 26, 27th nor May 3, 2010) seeking a remedy in Admiralty as is provided by "The Saving to the Suitor Clause" at USC 28-1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Third Party Defendant do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S 519.

1.

On May of 2009, Lee Sexton was notified via telephoned (May 07, 2009), fax (May 08, 2009) and certified mail # (7008114000080900332 on May 19, 2009 which was received in Lee Sexton Office by Jean Collins on 05-20-2009) in reference to concerns of a demand for speedy trial. Time frame for the filing had to be in before the deadline, which came due between **May 4, 2009** and **June 29, 2009**. The court order that was filed in this case by the judge on August 4, 2009 denied the demand for speedy trial due to a default by Lee Sexton filing the demand for speedy trial on **July 27, 2009**.

**Barker v. Wingo**, 407U.S.514 described length, reason for delay, assertion of rights and prejudice to the defendant. Lee Sexton unwillingness over a period of time to move the case forward was a tactic to let the prosecutor gather more time to build a case based on fraud / conspiracy/ deceit. All this after the defendant repeatedly and adamantly asked about a speedy trial / acquittal. So the defendant had indeed filed the demand for a speedy trail in a timely manner.

Lee Sexton was given instruction to file it on time in his office and with the court, but failed to do (as you was hired to an adamant answer higher?) his duty as a civil/public servant who took an oath to up hold the CONSTITUTION(S). Lee Sexton, the defendant is your employer, as you have taken the defendant's tax dollars for your salary, you no longer

have the protection of a citizen, but are a public servant. Lee Sexton you along with the District Attorney Gwendolyn Keyes Fleming have aid in preventing the depravation of defendant's rights, under color of law, or any act of a conspiracy against the constitution. You lack a victim, you lack a crime (No State codes, United States Codes, or Rules, You must use LAW) you lack a warrant, an indictment by a grand jury, and you lack jurisdiction both subject matter and personam. You have committed the crime of summary judgment, false arrest, writ of attainder, conspiracy against rights and have committed abuse of power (torts claims) for the defendant.

**LEE SEXTON/ Lee Sexton** you are hereby herein to cease and desist under color of law and if you thought that you was representing ⬚ or ⬚ you are Hereby ⬚.

⬚, Secured Party/
Creditor, Indigenous, Sovereign / Authorized
Representative, Attorney-In-Fact in behalf of
JAMES C JONES©, Ens legis

NOTARY PUBLIC

STATE OF ⬚_____ COUNTY OF ⬚_____
Subscribed and sworn to before me, a Notary Public, the above signed :James-Calvin: Jones Junior,
This _____ day of _____, 2009
_____
Notary Public
MY COMMISSION EXPIRES

Notary Public, DeKalb County, Georgia
My Commission Expires Sept. 28, 2009

IN THE SUPERIOR COURT OF DEKALB COUNTY

IN RE: Terminate/ fire

_____

**COME NOW** the Third Party intervener on behalf of the Defendant/Debtor to notice

the above styled court that the Third Party Intervener and (<u>if in court by special

visitation appearance only for the date of April 26, 27th and the 3rd of May 2010</u>)

herein files his NOTICE OF AN AFFIDAVIT TO      his fiduciary defacto attorney Lee

Sexton d/b/a LEE SEXTON & ASSOCIATE, PC LOCATED AT 320 CORPORATE CENTER

COURT, STOCKBRIDGE, GEORGIA 30281 (and a GEORGIA BAR NUMBER SIX HUNDRED

THIRTY -SIX THOUSAND FOUR HUNDRED SEVENTY-FIVE).   Notice is given to

Lee Sexton d/b/a/ LEE SEXTON is to             UNDER COLOR OF LAW and if

You are representing      or                  You are hereby fired, Fired,

Fired.

April 20, 2010 and by certified mail # 70092250000163274369

Without Prejudice/ 1-207/ 1-308

_____

James Calvin Jones Junior, Secured Party/ Creditor,
Indigenous, Sovereign / Authorized Representative,
Attorney-In-Fact in behalf of JAMES C JONES©, Ens legis

NOTARY _____

NOTARY SEAL Notary Public, DeKalb County, Georgia
My Commission Expires Sept. 28, 2006

**Enclosed is a (W9 form) for Lee Sexton to retrun to:**

**Return to:** James Calvin Jones Junior

**C/o 3594 Crown Point Court**

**Decatur, Georgia Republic near [30032]**

In the matter of ............................
........................
........................

STATE OF ............

COUNTY OF ............
JUSTICE OF THE PEACE PRECEINT #1

IN THE CASE OF ...........................

## NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#9004]

In the Common Law and for the record, KNOW ALL MEN BY THESE PRESENTS:

that, I JAMES C JONES JR (hereinafter known as 'Principal'), do hereby declare all power of attorney by, for, and with, these sole and aggregate corporations, agencies and agents, subsidiaries, representatives and employees, thereof, and by which the undersigned Principal constituted attorney for the purpose set forth in said power of attorney thru all contracts with the corporations of the "COUNTY OF DEKALB County, INC." and the "STATE OF GEORGIA, INC." and the "UNITED STATES OF AMERICA, INC." and the "INTERNAL REVENUE SERVICE, INC." and the "UNITED STATES DEPARTMENT OF THE TREASURY, INC.", to include: 'license' to drive, 'certificate' of property 'title' and 'certificate' of birth where licenses are voluntary and certificates are by color of title and law, is wholly revoked, extinguished, canceled, made null and void and as declared and signed on this date of April 19, 2010, 2009 A.D., and by Principal, and with praise to the goodness of our creator as so named:

1.) The "COUNTY OF DEKALB, INC."
2.) SHERIFF OF DEKALB COUNTY"
3.) The "STATE OF GEORGIA, INC"
4.) The "DEKALB POLICE DEPARTMENT INC."
4.) DISTRICT ATTORNEY OF DEKALB COUNTY INC
5.) LEE SEXTON OF "LEE SEXTON & ASSOCIATES P.C"

c/o: James-Calvin:Jones Junior, 3594 Crown Point Court, Decatur, DeKalb County, Georgia Republic near [30032]
JUSTICE OF THE PEACE PRECINCT #1 NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#9004]

Initials - Principal: _____

In the matter of ░░░░░░░░░░░░░░
░░░░░░░░░░
░░░░░░░░░░░░░░

)
)
)
)

STATE OF ░░░░░░

COUNTY OF ░░░░░░
JUSTICE OF THE PEACE PRECEINT #1

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#9004]**

IT IS DECLARED that any warrant, bill, contract, financial obligation, order, security or other negotiable instrument or action against Principal and for any cause, contract or matter and from anyone other than Principal and signed by any man or woman or agent or signed for any man or woman or agent and other than Principal where said NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY is made public and into this matter and for all matters and cause related to Principal, is noticed as fraudulent and criminal and is extinguished, canceled and made null and void and by this NOTICE AND DECLARATION OF FRAUD and where all subsequent attempts to contract Principal without consideration of Principal right to refuse to contract is without full disclosure nor just compensation and where any copy of alleged "WARRANT" or "ORDER" or "INVOICE" or "BILL" or "STATEMENT" or "DEBT" and mailed to Principal is evidence of fraud. All copy assume facts which are not in evidence in the official record and in this, or any, matter to include any bond or negotiable instrument created as a result of any adhesion contract from any power of attorney with Principal and for the profit of anyone other than Principal and without compensation to Principal, nor full disclosure of said profit.

Page 2 of 4 Pages Initials - Principal: **c/o:** James-Calvin: Jones Junior, 3554 Crown Point Court, Decatur, DeKalb County  Georgia Republic near [30031] **JUSTICE OF THE PEACE PRECINCT #1 NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#9004]**

**Page 2 of 4**                                                                 **Initials - Principal:** ░░░░░

In the matter of . . . . . . . . . . )        STATE OF . . . . . .
. . . . . . . . . . . . . . )
. . . . . . . . . . . . . . . . )        COUNTY OF . . . . .
                                      )        JUSTICE OF THE PEACE PRECEINT #1

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#1004]**

Notice-witness of this <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST</u> does not constitute consent to any adhesion contracts for the corporations of the "COUNTY OF DEKALB, INC." or the "STATE OF GEORGIA, INC." and all subsidiaries thereof, where all matter is publicly declared under the jurisdiction of the common law.

By: _____
Signed, Principal, All Rights Reserved

Witnessed By: _____

JURAT/ACKNOWLEDGMENT

State of GEORGIA      )
DEKALB County         )
On this day and date of _____, _____, 2009 A.D., Principal did personally appear before me, is known to be the **natural woman or man** operating in the requisite capacity for signature described herein, who executed the foregoing, acknowledged the contents thereof; and executed the same as **her or him** free act and deed. Subscribed and agreed to before the undersigned.

_____ Seal/Stamp          Notary Public, DeKalb County, Georgia
Notary Signature, All Rights Reserved                    My Commission Expires Sept. 28, 20__

_____ My commission expires:_____
Printed name of Notary

**Page 4 of 4 Pages Initials - Principal: c/o** James-Devin Jones Junior 3534 Crown Palm Court, Decatur, Dekalb County Georgia Republic near [30034] **JUSTICE OF THE PEACE PRECINCT #1 NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#9004]**

**Page 4 of 4**                                              **Initials - Principal:** ____

CERTIFICATE OF SERVICE

I, JAMES CALVIN JONES JR do hereby certify that I have this 20ᵗʰ day of April

2010 in accordance with O.C.G.A 17-1-1 et. seq., served Lee Sexton/ d/b/a/LEE
SEXTON & ASSOICATE P.C. a true copy by Certified Mail # 70092250000163274369
of a Notice of an Affidavit of facts to terminate/fire and a copy of a RPOA on April 20,
2010. The DISTRICT ATTORNEY / respondent / counterclaimant (Gwendolyn Keyes
Flemings) was mailed via certified mail # 70092250000163274376 a letter of RPOA to
the offices of:

**DISTRICT ATTORNEY'S OFFICE**
STONE MOUNTAIN JUDICIAL CIRCUIT
700, DeKalb County Courthouse
556 N. McDonough Street
Decatur, Georgia 30030

This 20ᵗʰ Day of April, 2010

(POA) James Calvin Jones Junior
C/o 3594 Crown Point Court
Decatur, Georgia Republic [30032]

JAMES CALVIN JONES JR
PO BOX 5986
ATLANTA, GEORGIA 31107

*Exhibit C*

# FACSIMILE TRANSMITTAL SHEET

## Georgia Department of Labor



SENDERS NAME:   TANYA D CARTER

SENDER'S FAX NO:   (770) 909-2884

SENDERS E-MAIL:

*Attn: Jones —*
*Mr. Jones*

TO:   JAMES JONES                    FAX NO: ~~(678) 927-9679~~   *770-300-2467*

DEPT/COMPANY

ADDRESS

DATE TRANSMITTED  3/13/08          TOTAL PAGES TRANSMITTED:   6

*If problems occur, or if you do not receive all of the pages indicated, please call the sender immediately.*

FROM:   TANYA D CARTER          TELEPHONE NO: (770) 994-2806

OFFICE:   APPEALS/GDOL

ADDRESS:

          #8274

NOTE: YOU ARE RESPONSIBLE FOR DELIVERING SUBPOENAS......

### CONFIDENTIALITY

The documents accompanying this facsimile transmittal contain information from the Georgia Department of Labor which may be confidential or privileged. The information is intended only for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited and that the documents should be returned to this office immediately. If you have received this facsimile in error, please notify us by telephone immediately.

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL

SUBPOENA                    DOCKET   8274A 2008 -
                                                    S

State of Georgia

TO: JOY ADAMS                    CLAIMANT:
                                 JAMES C. JONES

REQUESTED BY: CLAIMANT           EMPLOYER:
                                 CLARKSTON CITY

By virtue of this writ of SUBPOENA issued by the Commissioner of
Labor, Michael L. Thurmond, under the authority of O.C.G.A. Section
34-8-88 on conducting an administrative hearing as required for the
administration of the Employment Security Law of Georgia.

### PROMPTNESS IS REQUIRED

YOU ARE HEREBY REQUIRED AND DIRECTED, laying all other business
aside, to appear at 01:00 PM on 03/21/2008 and until the
administrative hearing before Administrative Hearing Officer
JOYCE A. MILLER is completed.

HEREIN fail not under penalty of Law.

In testimony whereof, the Seal of the State of Georgia is affixed
hereto, and the undersigned acting for the Commissioner of Labor,
Michael L. Thurmond, has thereunto set her hand and authorized the
issuance hereof.

Done and performed          **MAR 1 3 2008**

Michael L. Thurmond, Commissioner of Labor

By     Alice S. Mitchell, Chief
       Administrative Hearing Officer

TDC
GEORGIA DEPARTMENT OF LABOR
DEKALB CAREER CENTER
3879 COVINGTON HIGHWAY
DECATUR, GEORGIA  30032

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **STATE OF GEORGIA,** | + | **CRIMINAL ACTION** |
| **v.** | + | **NO. 09CR2680** |
| **JAMES C. JONES, JR.,** | + | |
| **Defendant.** | + | |

## DEFENDANT'S MOTION TO WITHDRAW BENCH WARRANT AND PLACE HIS CASE ON THE NEXT SPEEDY JURY TRIAL CALENDAR

**COMES NOW** the defendant herein, an innocent person and former City of Clarkston police officer, and, pursuant to OCGA Section 17-7-170 files this his Motion to Withdraw Bench Warrant and Place His Case On The Next Speedy Jury Trial Calendar as follows:

1.

On or about March 21, 2008, the defendant was unlawfully arrested by DeKalb police officers and charged with the felony criminal offense of impersonating a City of Clarkston police officer. Defendant denies the allegation.

2.

Defendant is the head of a household that includes his wife and four minor children. He is the primary supporter of his family.

3.

Since his arrest, the defendant has been unable to get employment as a police officer and has suffered serious financial indebtedness and problems, which included foreclosure on his home and insufficient income to support his family.

4.

In 2009, the DeKalb County Grand Jury indicted the defendant on the charge of impersonating a Clarkston police officer. His mother retained attorney Lee Sexton to represent him in defense of the charge.

5.

On or about May 7, 2009, defendant sent his attorney a written request to file a Demand for Speedy Jury Trial during the current court term.

6.

On or about May 11, 2009, attorney Sexton filed his Entry of Appearance and Motion for Discovery. Mr. Sexton did not demand a speedy trial per defendant's request nor did he inform defendant of any reason for not filing the demand during the current term.

7.

On or about May 19, 2009, defendant again sent attorney Sexton a

-2-

second letter requesting him to file a demand for speedy trial. On
July 27, 2009, Mr. Sexton filed a demand for speedy trial on the
defendant's behalf.

8.

On or about August 4, 2009, the State filed objections to
defendant's speedy trial demand on the grounds that it was untimely.
The court sustained the State's objections and denied defendant's
demand for a speedy jury trial. The case was later placed on the
April 26, 2010 trial calendar.

9.

While defendant waited for his jury trial his financial situation
continued to deteriorate and his post traumatic stress level continued
to increase. Mr. Sexton was not responding to his phone messages or
letters. Defendant submitted several documents to the court, pleading
for the court's help. The court did not respond to the defendant's
pleas for a speedy trial and help.

10.

When the court called the defendant's case for trial on April 26,
2010, Mr. Sexton appeared although he had been terminated as
defendant's attorney. Mr. Sexton announced he did not know

-3-

defendant's whereabouts and the court should issue a bench warrant for the defendant. Per Mr. Sexton's request, the court issued a bench warrant for defendant's arrest for failing to appear in court for jury calendar call.

11.

On April 26, 2010, defendant entered the courtroom after his case had been called and after Mr. Sexton had exited the courtroom. The court did not call the calendar a second time, after announcing the bench warrant, for defendant to respond prior to adjournment.

12.

Since his arrest, defendant has suffered severe post traumatic stress and is in need of immediate medical treatment. Defendant believes he will not get this treatment if he is incarcerated in jail on the bench warrant, nor will he be able to adequately assist his attorney with trial preparation during incarceration.

13.

Defendant's father has retained the undersigned attorney to represent him at trial and the defendant kindly requests the court withdraw the bench warrant and place his case on the June 2010 jury trial calendar for a speedy jury trial.

-4-

14.

Defendant maintains that he is innocent of the criminal charges and believes a fair-minded jury will find the same.

15.

Defendant maintains that his attorney visited the prosecutor's office on or about May 10, 2010 and May 11, 2010 to discuss consenting to withdrawing the bench warrant and placing the case on the June 2010 trial calendar. Counsel was informed by the prosecutor's clerk that the prosecutor was not available to speak to counsel about the defendant's case.

WHEREFORE, the defendant kindly urges the court to immediately enter an order withdrawing the bench warrant and place his case on the June 2010 trial calendar for a speedy jury trial pursuant to OCGA Section 17-7-170.

This 13th day of May, 2010.

MICHAEL B. KING 421140
Attorney for Defendant

Suite 9
116 S. Main Street
Jonesboro, GA 30236
(770) 478-3555

-5-

# IN THE SUPERIOR COURT OF DEKALB COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **STATE OF GEORGIA,** | + | **CRIMINAL ACTION** |
| **v.** | + | **NO. 2009CR2680** |
| **JAMES C. JONES,** | + | |
| **Defendant.** | + | |

## RULE NISI

The Petition to Withdraw Bench Warrant and Place Case on The Next Criminal Jury Trial Calendar for a Speedy Trial having been read and considered.

The State of Georgia is hereby ordered to appear in court on the _____ day of May, 2010, at _____ a.m./p.m. and show cause why the defendant's motion should not be granted.

This \_\_\_\_\_ day of May, 2010.

_____
Clarence F. Seeliger, Judge
Superior Court, DeKalb County

Prepared by:

Michael B. King
Attorney for Defendant
116 S. Main Street
Jonesboro, GA 30236
(770) 478-3555

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the State of

Georgia with Defendant's Motion to Withdraw bench Warrant and

Place His Case On The Next Jury Trial Calendar and Rule Nisi Order

by first class mail addressed to:

> Courtney Johnson, Esq.
> DeKalb District Attorney's Office
> 556 McDonough Road
> Decatur, Georgia 30030

This 13th day of May, 2010.

MICHAEL B. KING 421140
Attorney for Defendant

Suite 9
116 S. Main Street
Jonesboro, GA 30236
(770) 478-3555

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

STATE OF GEORGIA          *

vs.          *       CASE NO. 09 CR 2680

JAMES C. JONES, JR.          *

---

## DEMAND FOR SPEEDY TRIAL

Comes now, Defendant in the above-styled case, and pursuant to Article I, Section I, Paragraph XI, Georgia Constitution, O.C.G.A.§ 17-7-170 and the Sixth Amendment to the United States Constitution, and demands a speedy and immediate trial and that his case be placed on the calendar for trial this term or at the next term of this Court, or in default of such trial, that he be fully acquitted and discharged of said offense.

This the ___27___ day of _____July_____, 20_09_

LEE SEXTON
Georgia Bar Number 636475
Attorney for Defendant

LEE SEXTON & ASSOCIATES, P.C.
320 Corporate Center Court
Stockbridge, Georgia 30281
(770) 474-5646



CERTIFICATE OF SERVICE
This is to Certify that Judge
_____ DA has received a
Copy of this Document from
Superior Court. This the 29th
day of ___July___ 20_09_
SIGNED: _____

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

State of Georgia                        )
    v.                              )
James Calvin Jones                      ) Case No. 09CR2680
                                  ) Charge: Impersonating an Officer
                                        )

### STATE'S RESPONSE TO DEFENDANT'S
### DEMAND FOR A SPEEDY TRIAL

    COMES NOW the State of Georgia, by and through the District Attorney of the Stone Mountain Judicial Circuit or his duly appointed assistant, and hereby moves that this Court deny Defendant's Demand for a Speedy Trial under the Georgia Constitution and O.C.G.A. § 17-7-170 for the following reasons:

1.

    This Demand under O.C.G.A. § 17-7-170 is not made at the court term when the above-numbered Indictment was filed, or the next succeeding term. The Indictment in this case was filed on April 27, 2009. The term of court in which this Indictment was filed ran from March 2, 2009 to April 30, 2009. The next succeeding term of court ran from May 4, 2009 to June 29, 2009. Defendant has provided the state a signed copy of a Speedy Trial Demand on July 27, 2009. This Demand not being timely filed, Defendant does not have an absolute right to demand a statutory speedy trial under O.C.G.A. § 17-7-170.

2.

    At any subsequent term of court, in order to make a demand for a statutory speedy trial after two terms of court have expired, a defendant must seek special permission of the Court. Defendant in the present case has not sought permission of the Court prior to his Demand, thus his Demand for a Speedy Trial under O.C.G.A. § 17-7-170 is improper and invalid.

Wherefore, the State moves the Court to deny Defendant's Statutory Demand for a Speedy Trial.

    Respectfully submitted, this 4th day of August 2009.

Zina B. Gumbs
Assistant District Attorney
State Bar Number 315277
Stone Mountain Judicial Circuit
556 N. McDonough Street
Decatur, Georgia 30030
404-371-2818

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

State of Georgia     )
 v.        )
James Calvin Jones    )  Case No. 09CR2680
          )  Charge: Impersonating an Officer
          )

## ORDER

   The within and foregoing having been read and considered, it is hereby ordered and adjudged that this Court DENIES the Defendant's Motion for a Statutory Speedy Trial Demand.

SO ORDERED, this ____ day of _____, 2009.

                    _____
                    Judge, Clarence Seeliger
                    Dekalb County Superior Court
                    Stone Mountain Judicial Circuit

Prepared by:
Zina B. Gumbs
DeKalb County Courthouse, 7th Floor
556 N. McDonough St
Decatur, GA 30030
404-371-2818

James C. Jones Junior
c/o 3594 Crown Point Court
Decatur, Georgia [30032]
Telephone: (404) 304-6812
Fax:        (678) 927-9679

CERTIFIED MAIL NO. 7008-1140-0000-8090-0332

Lee Sexton & Associates
320 Corporate Center Court
Stockbridge, Georgia 30281

RE: REQUEST OF MOTION FOR SPEEDY TRAIL
STATE OF GEORGIA   V.  JAMES C. JONES JR.
Case No. 09CR2680

Greetings:

Please find enclosed herewith the original referenced  MOTION FOR SPEEDY TRAIL
for   an immediate filling in your office.

Respectfully,

James C. Jones Junior

Dear, Mr. Lee Sexton, Esquire

This REQUEST OF MOTION FOR SPEEDY TRAIL comes from previous correspondence via facsimile pertaining to the case ( see twelve enclosed attachments signed, copy cert mail with the last eight digits **80900332** , dated 05/19/09 and initial in blue ink JCJ) . My concern about this case and matter comes as the calendar date grows near and we meet the deadline without going to default in this matter.  If you have already   proceeded with these filings could you please inform me of the date, time of those fillings?  MR. Lee Sexton when discussing this matter with you on the first day that I retained your services April 11, 2008 receipt No. 238290 (for $5,500 dollars), your strategy to resolve this matter was well received.  I've always had faith in your services and I still do However; I seek finality and closure of this case.

Sincerely,

James C. Jones Junior

James Jones
Fax # 678/927/9679





# Fax

| | | | |
|---|---|---|---|
| **To:** | Mr. Lee Sexton [law firm office] | **From:** | James Jones [client} |
| **Fax:** | 770474/5553 | **Pages:** | 1 of 2 |
| **Phone:** | 404/304/6812 | **Date:** | 5/8/2009 |
| **Re:** | Motion for a speedy trial | **CC:** | N C O |

☑ **Urgent**      ☑ **For Review**      ☑ **Please Comment**      ☑ **Please Reply**      ☐ **Please Recycle**

● **Comments:**  looking for your response to attached inquiry

Attorney: Lee Sexton
From: Client james JONES
Date: 05/07/2009
Time 6:40
Ref: Case # 09CR2680 (Impersonating a Peace Officer) Motion for a Speedy trial inquiry
and the time left to present the motion to DeKalb County Court


Dear, Mr. Sexton

      Mr. Sexton you may already be aware of the indictment filed by DeKalb County
Courts, but I do not know?  So I telephoned your law firm office today (05/07/ 2009)
between 2:00p.m. / 4:00p.m. to inform you that my wife and I were searching the
www(World Wide Web) online site at the CJS (Criminal Justice System) and discovered
that there was an indictment filed April 27, 2009 with a case # of 09CR2680. Also, I
wanted to inquire if you had filed a motion for a speedy trial and if not, <u>when will you
file the motion for a speedy trial?</u> Furthermore what is the time frame we have to file a
motion for a speedy trial and present the motion to the court, since an indictment was
filed on 04/27/2009?

      I remembered the last time we communicated in your office we discussed a
motion for a speedy trial. Mr. Sexton you said if I was to be indicted (formerly charged)
that you would enter a motion for a speedy trial. Please forgive this letter if you have
already asked for the motion for speedy trial. I left a message for you, on your
investigator, Mr. Wayne Bolden's voice mail.

      Mr. Sexton my wife and my messages sometime go on unreturned and for that
reason, I write these letters of communication to communicate with you for the lag in
response time. I wait for a return phone call or mailed letter from you.


james JONES

Phone number# 404/304/6812
Fax#678/927/9679

*** TRANSMISSION REPORT ***

05/08/2009 09:20                        Dell Photo AIO Printer 966                     678-927-9679

| NO. | DATE | START TIME | SENT TO | SCANNED/SENT | RESULT |
|-----|------|------------|---------|--------------|--------|
| 1 | 05/08/2009 | 09:19 | 7704745553 | 2/2 | OK |

James JONES
Fax# 678-927-9679



# Fax

| **To:** | Mr. Lee Sexton (law firm Office) | **From:** | James Jones [Client] |
|---|---|---|---|
| **Fax:** | 770-474-5553 | **Pages:** | 1 of 6 including cover sheet |
| **Phone:** | 404-304-6812 | **Date:** | 5/11/2009 |
| **Re:** | error | **CC:** | [Click here and type name] |

☑ **Urgent**   ☑ **For Review**   ☑ **Please Comment**   ☑ **Please Reply**   ☐ **Please Recycle**

● **Comments:** Private matters

Attorney: Lee Sexton
From Client james Jones
Date: 05/11/2009
Time: 7:06 p.m.
Ref: Error on letter sent Thursday

Hello, Mr. Sexton I hope that this letter reaches your hand in good health. The information pertaining to the online website that I faxed on Thursday was wrong. The web site was OJS (online judicial system) and not the CJS (criminal justice system) that I faxed. Enclosed is a copy of the print out sheet that my wife and I saw.

Also enclosed is a signed receipt from your receptionist dated for 09/29/2008. I had hand delivered to your law firm a copy of Ms. Joy Adams deposition (from my civil case). In the deposition that I provided to your law firm, is the evidence to have the case dismissed. In the deposition Ms. Joy Adams answers a question that was put forth to her like, "have you spoken with Mr. James Jones in the year of 2008". Ms. Joy replied "no'. Then she was asked, "what about the month of March of 2008". Again, Ms. Joy Adams replied "no".

Now, what I'm going to type may be hard to take in. A question was then asked, ("in the month of March on the seventeen day of 2008, did you speak or communicate with Mr. James Jones at your residence about 12:00 noon". Ms. Joy Adams again, replied "no". Then Ms. Joy Adams was asked "were you at work around 12:00 noon on the seventeen day of the month of March of 2008".  This time Ms. Joy Adams replied "yes, I was at work on the March 17, 2008 when my daughter called me on phone and told me that Mr. James Jones had came to my residence with a subpoena for me (Ms. Joy Adams)".

This sound consistence with what I told you (Lee Sexton) and what I typed in a complaint filed with the DeKalb County Police Internal Affairs Division. I also sent you a copy of this information, because you told me that I could get help when writing the complaint with my civil attorney, because you do not do civil case. I sent you a copy anyway explaining my concern of not revealing any new information, because I did not know were the civil part of the case drops of and the criminal part start, being that the cases both deal with the same issue. This is why I sought your and his console. There was no corroboration on her part to fit the report that my civil attorney, you and including myself have read. Mr. Sexton as I had stated to you before I need to be back working to support my family.

I'm closet to losing my house, the repossession agent (repo man) came to my listed address to take my motorcycle, my wife has taken on two jobs to try to pay the past due notices. I can see that her health is slowly declining again. Mr. Sexton you do know that the only reason I had to leave the Savannah Metropolitan Chatham Police Department was due to the same issue (my wife's declining health). My children's health and learning attitude also are suffering due to this ordeal.  My 16 year old son has also left home behind some of the issues, and emotional distress this has caused.

In closing Mr. Sexton I have not been brief at all by you on what is going on in my case about me, other than you were going to talk with the District Attorney (Ann Long) in reference to having this case dismiss. I need to set up a time with you or through your investigator Mr. Wayne Bolden to communicate about my case. Mr. Sexton you once had said that you have knowledge of a person who works for the media (channel 2). I ask is this the right time to contact him or her?

I also seek your counsel again in reference to writing my congress man / women and others about me being set up and the stalling of my due process of the six amendments?, but again I do not want to say or do anything that would be consider new information without your approval or without you having knowledge of what is about to happen. I guess I'm saying again when speaking with anyone were do the civil part of the case drops and the criminal part of the case start. Mr. Sexton I just want this nightmare to end. I can not work, because when companies run my background check they see an open case without a closed disposition. Also enclosed is a copy of the face sheet faxed to your law office (12/04/2008) in reference to the information that was delivered to the DeKalb County Police Internal Affairs Division. The DeKalb County Police Internal Affairs Division do not have a copy of Ms. Joy Adams deposition, unless you have giving them a copy of the one that I gave you. Mr. Sexton, I do not want to interrupt your silence, in this matter of fact. Please communicate with me face to face.

3594 Crown Point Court
Decatur, Ga 30032
Fax# 678-927-9679
Cellular# 404-304-6812

April 29, 2009      ( Information last refreshed 29-APR-2009 08:07:46 AM EST )

Criminal Case Search

| | | | |
|---|---|---|---|
| Case ID: | 09CR2680 | Case Type: | All Types |
| Last Name / First Name: JONES | JAMES | Case Status: | Open  All |
| OR Company Name: | | Court Code: | All Courts |
| | | Filing Date From : MM/DD/YYYY   To:  MM/DD/YY |
| Exact Last Name Search | Phonetic Search | Party Type: | DE - Defendant |

**search**    **reset**

Criminal Case Information

| | |
|---|---|
| Case: 09CR2680 ( Open ) | JONES JAMES CALVIN JR. |
| Filing Date: 04/27/2009 | Type: Superior Criminal |
| Judge: CLARENCE F. SEELIGER | Superior Court |
| Related Cases: | Assigned Staff |
| No Related Cases. | |

Criminal Case - Parties

| Party | Type |
|---|---|
| JONES, JAMES CALVIN | Defendant |
| LONG, ANNE | Asst. District Attorney |
| HEARD, CALVIN | State'S Witness |

Scheduled Events

| Scheduled Date/Time | Event Description | Building/Room |
|---|---|---|
| **No Events Scheduled.** | | |

Charges/Disposition/Sentencing Information

| Warrant etc. | Seq No. | Maint. Charge Level / Code and Description | Offense Date | Disposition Desc | Disposition Date | Sentence Description | Sen Lior |
|---|---|---|---|---|---|---|---|
| JONES, JAMES CALVIN   (Released)  *click here for bond information* | | | Booking Link: 0392234 | | SPN Link : X0369862 | | |
| 08W04967 | 1 | -- F16-10-23-IMPERS A PUBL OFFICER/EMPLOYEE | 17-MAR-08 | | | | |

Docket Records

| Description | Filing Date | Text | Assoc. Party |
|---|---|---|---|
| Indictment Filed | 27-APR-2009 | | No |
| Notice | 21-APR-2009 | | No |
| Miscellaneous | 27-MAR-2008 | | No |

Disclaimer
Copyright 2007. All rights Reserved.
Service provided by DeKalb County, GA

**OJS** Online Judicial System
DeKalb County, GA

9/29/08

I received a deposition
of Joy-Adams and a letter
from Atlanta Fulton County Human
Resources Department for James
Calvin Jones. Jean Nolan
Lee Sexton & Asso, P.C.

```
❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀
❀❀❀  TX REPORT  ❀❀❀
❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀❀
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1939 |
| RECIPIENT ADDRESS | 97704745553 |
| DESTINATION ID | |
| ST. TIME | 12/04 11:28 |
| TIME USE | 01'05 |
| PAGES SENT | 2 |
| RESULT | OK |

[Click here and type return address and phone and fax numbers]

**Company Name Here**

# Fax

| To: | Lee Sexton | From: | James JONES |
|---|---|---|---|
| **Fax:** | 770-474-5553 | **Pages:** | 1 of 2 |
| **Phone:** | 404-304-6812 | **Date:** | 12/4/2008 |
| **Re:** | letter | **CC:** | [Click here and type name] |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**  Attn: Mr. Lee Sexton here is the copy of the (Official complaint) that I 'm sending to the DeKalb County police Investigation unit for you review.  This complaint should start the investigation in reference to the officers' misconducts.  I did not want to go into detail (on the complaint) like you had instructed.  I just want to make sure if this complaint was ok? I talked to my civil attorney about the complaint, but he is not my criminal attorney. I don't want to release anything new to anybody without you present or without you having knowledge of the complaint. I will maintain a copy for myself since I have no way of knowing if this reaches your hands.  Amendments A, b1, b2, and c are copies of the police reports that you and the Dekalb county police Department already have in their files. Thanks you for your time. *(CLIENT _____        James JONES.*

*** TRANSMISSION REPORT ***

05/11/2009 09:22                          Dell Photo AIO Printer 966                    678-927-9679

| NO. | DATE | START TIME | SENT TO | SCANNED/SENT | RESULT |
|-----|------|-----------|---------|--------------|--------|
| 1 | 05/11/2009 | 09:20 | LEESEXTON | 6/6 | OK |

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| THE STATE OF GEORGIA, | ) | |
| COUNTER-CLAIMAINT REAL PARTIES OF INTREST | ) | Case / Account #. 09CR2680 |
| Gwendolyn Keyes Fleming d/b/a/GWENDOLYN KEYES FLEMING | ) | Impersonating an officer |
| D/B/A/ DEKALB COUNTY DISRTICT ATTORNEY | ) | |

Vs.

| | |
|---|---|
| :James- Calvin: Jones Junior   INPROPRIA PERSONA SUI JURIS | ) |
| intervener on behalf of the defendant/Debtor/ Property | ) |
| (JAMES CALVIN JONES JR) | ) |
| Without prejudice UCC 1-308 | ) |

## Affidavit of Fact and Special Visitation Appearance
## for April 26, 27th and the 3rd of May 2010

**COME NOW** the Third Party intervener on behalf of the Defendant/Debtor to notice

the above styled court that the Third Party Intervener has accepted for value the

Prosecutors offer and had agreed to perform to go to jail – pay the fine – etc. ... but

that was predicated upon Proof of Claim. The Prosecutor has failed to bring forth

proof of claim, has failed to state a claim upon which relief can be granted and has

stipulated to the facts as they operate in favor of the Defendant.  The Acceptance and

Formal Acceptance of the Prosecutor (and whoever else) and all the facts touching

upon these matters are before the court. I do not know what to do... what's my

remedy?

### Statements of Proof

**On** April 09, 2009 by and in accordance with O.C.G.A 17-1-1 et. seq., the DEKALB

COUNTY DISTRICT ATTORNEY OFFICE was mailed via Certified mail the following:

Certified Mail Number 70092250000163274482

James Calvin: Jones Junior
Non - Domestic

C/o 3594 Crown Point Court

Decatur, Georgia [30032]


DEKALB COUNTY DISTRICT ATTORNEY OFFICE

700 DEKALB COUNTY COURTHOUSE

556 MCDONOUGH STREET

DECATUR, GEORGIA 30030


April 9, 2010


**RE: CONDITIONAL ACCEPTANCE – REQUEST FOR PROOF OF CLAIM**

**Reference Case No. 09CR2680 / 09CR2860-3 (IPOPO/08-035854/08W04967)**


Dear Gwendolyn Keyes Fleming d/b/a/ GEWNDOLYN KEYES FLEMING "DISTRICT ATTORNEY"
and/or Zina B. Gumbs d/b/a ZINA B. GUMBS ASS DISTRICT ATTORNEY:


In regards to the above 'styled Case No,' as I want resolve this matter as soon as possible, I find necessary to exhaust the administrative remedy as to your presentment and offer(s) of your commercial instruments of which I accept for value ( on 07-22-09/ and on 11-25-2009 a demand for bill of particular was given to my administrative fiduciary Lee Sexton d/b/a/ LEE SEXTON by a form **56 NOTICE CONCERNING FIDUCIARY RELATIONSHIP** dated July 24, 2009 and on 11-25-2009 the demand for bill of particular was to be entered for the records into the courts on 11-30-2009 (5 months ago) which as to date you nor the court, and judge have yet to respond) and agree to 'pay at law' the fine and even go to jail in behalf of the Debtor that you

have brought the claim/charges against, but I can only do so conditioned upon you providing 'Proof(s) of Claim,' relative to Jurisdiction, authority, Oath of Office, Bond, misapplication of statute, or otherwise and as such, the necessary Proof(s) of Claim are enumerated below:

1. **PROOF OF CLAIM** on how the Georgia Constitution operates upon me, a private man.

2. **PROOF OF CLAIM** on how the State statutes by and through the Georgia Legislature operate upon me, the private man.

3. **PROOF OF CLAIM** that name appearing on the charging instrument, in capital letters; JAMES CALVIN JONES JR, or any derivative is not a corporate fiction, but is the title of the Private Man in his private capacity.

4. **PROOF OF CLAIM** that in my private capacity, that I'm subject to Class A, B, and C commercial driver license.

5. **PROOF OF CLAIM** that the State of Georgia via the DMV sells any other 'driver' license.

6. **PROOF OF CLAIM** that the <u>private man</u> was a *licensee* at the time of the 'kidnapping/stop' to subject himself to the motor vehicle code by agreement and as a signatory and under full disclosure made by the State of Georgia. (see Vehicle Traffic Law, 1974 Rev Ed., page 238, 239)

7. **PROOF OF CLAIM** that the Negotiable Instruments Law was not designed to cover **commercial paper,** [which] **IS the currency.** <u>La. Stat. Ann. -R.S.,</u> 71 et seq. LSA-C.C. , Art. 2139 (see attached Affidavit of Walker Todd)

8. PROOF OF CLAIM **that the undersigned cannot, by his signature accept for value the contract and discharge the debt in respect to the remedy provided by Congress via HJR-192 with a Bill of Exchange**

9. **PROOF OF CLAIM** that the undersigned's signature on any of the original 'contract' did not create the value to the loan and that the undersigned did not put the property (JAMES CALVIN JONES JR ) up as the collateral for said loan/contracts.

10. **PROOF OF CLAIM** that DEKALB COUNTY DISTRICT ATTORNEY OFFICE as an 'artificial entity/creature,' created under the laws of the State of **Georgia** and (D/B/A/) doing business in the State of **GEORGIA**, by and through it's Officers, Board of Directors and employees, and agents are not bound to support Article I, § X, as a 'State created entity,' in that "No State shall... make any Thing but gold and silver coin as Legal Tender in Payment of Debts."

11. **PROOF OF CLAIM** that, in relation to any monetary penalty, the "giving a (federal Reserve) note <u>does</u> constitute payment." See <u>Echart v Commissioners C.C.A.</u>, 42 Fd2d 158.

12. **PROOF OF CLAIM** that, in relation to any monetary penalty the use of a (federal reserve) 'Note' <u>is not only</u> a promise to pay. See <u>Fidelty savings v Grimes</u>, 131 P2d 894.

13. **PROOF OF CLAIM** that Legal Tender (federal reserve) Notes <u>are</u> good and lawful money of the United States, in relation to any monetary penalty. See <u>Rains v State,</u> 226 S.W. 189.

14. **PROOF OF CLAIM** that (federal reserve) 'Notes <u>do</u> operate as payment in the absence of an agreement that they shall constitute payment.' See <u>Blachshear Mfg. Co. v Harrell</u>, 12 S.E. 2d 766.

15. **PROOF OF CLAIM** that the secured party has access to 'lawful money of account' to 'pay' debts at law without becoming a tort feasor.

16. **PROOF OF CLAIM** that you as the citing officer / entity in this matter took an Oath of Office to support, defend, and uphold in any capacity the State Constitution and the United States Constitution as a requirement of your position/office and that you will provide a certified copy to the Undersigned.

17. **PROOF OF CLAIM** that you as the citing officer/ entity in this matter that you took out
or    possess a Performance Bond as a requirement of your position/office to indemnify the

Undersigned in the event you cause harm or injury to his person, property or rights and that you will provide a certified copy to the Undersigned.

18. **PROOF OF CLAIM** that you as the citing officer/ entity bringing forth this claim can testify on the witness-stand and/or thru providing Proof(s) of Claim of the same and/or bring all relevant evidence/Proof of Claim including but not limited to constitutional impermissible application of the statute in this matter as it applies to the Undersigned.

19. **PROOF OF CLAIM** that the undersigned cannot accept for value any public or private presentment/invoice/Bill, etc., for fine, fee, tax, debt or judgment and discharge the same and return it for discharge or other commercial paper under necessity  pursuant to HJR-192 to carry on commerce.

20. **PROOF OF CLAIM** that undersigned, as the authorized representative of the Debtor does not have the standing or capacity to accept for value the offer/contract/presentment and return it for discharge or via the use of other appropriate commercial paper for discharge via the remedy provided by Congress – HJR-192 of June 5, 1933.

21. **PROOF OF CLAIM** that ALL officers and employees of the State of Georgia /STATE

OF GEORGIA including Judges are under a Constitutional Oath of Office to support

and defend both U.S. and State Constitutions.

22. PROOF OF CLAIM that the State/STATE Legislature has the 'Constitutional Legislative Authority' to legislate over and upon the private rights of the indigenous / and or sovereign people of the State of Georgia. (for reference see: Hale v. Hinkle)

23. **PROOF OF CLAIM** that an attorney/and or prosecutor can only represent the corporate entity and not the private man, indigenous, and sovereign people of the State of Georgia. (for reference see: Hale v. Hinkle)

## CAVEAT

Please understand that I want to resolve this matter as soon as possible, I realize that I may have made a few mistakes in the past, but understanding my Right to exhaust my administrative remedy/process in this commercial matter, I now request the above 'Proof(s) of Claim' that you are rely upon to support your claim(s) in this matter.

Per your failure or refusal to bring forth 'Proof(s) of Claim,' you will be found in default and dishonor and will have stipulated, agreed and confessed to and failed to state a claim upon which relief can be granted, you will have admitted a damage and injury to this private man and you will have stipulated to all the facts that operate in favor of the Undersigned; that this private man herein is not subject to the jurisdiction, That you lacked jurisdiction and authority to cite the Undersigned, that you misapplied the statute, or otherwise to commit fraud and cause injury to the Undersigned.

You also agree that the Undersigned has a right to travel in his private conveyance in non-commercial use of same as you agree the Undersigned is not bound to the Motor Vehicle code or statute and as to any monetary fine via your tendered case/instrument(s), that the Undersigned can accept for value and return for discharge pursuant to the remedy provided by Congress via HJR-192 to allow the discharge the debt (monetary penalty-demand for payment) in behalf of the person/Debtor named on the charging instrument or by and through any appropriate commercial paper.

You are required to send the 'Proof(s) of Claim both to the Undersigned and to the Third party or Notary as address below.

The Undersigned private man herein respectfully requires you as the citing Officer /entity to reply within Ten (10) days, due to the time frame allotted to these types of commercial transactions.

A non-response and or failure to provide the requested 'Proof(s) of Claim' will constitute agreement by you that you bind your employer (city, county or state) for damages via fraud and misapplication of statute and otherwise stated above via law suit or Tort Claim under necessity in violation if any upon your Oath of Office.

Thanking you in advance in this matter, I remain

Sincerely

Without Prejudice/ 1-207/ 1-308

James Calvin: Jones Junior, Secured Party/ Creditor, Indigenous, Sovereign / Authorized Representative, Attorney-In-Fact in behalf of JAMES C JONES©, Ens legis

Notary's address:

Sharnetta Calloway

3723 Orgen Trail

Decatur, Georgia 30032

Notary Public, DeKalb County, Georgia
My Commission Expires Sept. 28, 20XX

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

THE STATE OF GEORGIA
FICTITIOUS FOREIGN STATE

CASE # 2009-CR-2860
DATE: July 19, 2010 H.A

V

JUDGE CLARENCE F. SEELIGER

JAMES CALVIN JONES JR ©®™
Non corporate entity

JUDICIAL NOTICE; IN THE NATURE
OF WRIT OF ERROR CORAM NOBIS
& A DEMAND FOR DISMISSAL OR
STATE THE PROPER JURISDICTION

CERTIFIED MAIL # 70092250000163274383

JUDICIAL NOTICE; IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL
OR STATE THE PROPER JURISDICTION

Now comes JAMES CALVIN JONES JR ©®™. a non corporate entity with a JUDICIAL NOTICE; IN THE NATURE

OF WRIT OF CORAM NON JUDICE & A DEMAND FOR DISMISSAL OR STATE THE PROPER

JURISDICTION. Pursuant to FRCP Rule 4 (j):

This Court is defined under FRCP Rule 4 (j) as a FOREIGN STATE as defined under 28 USC 1602 -1611 FOREIGN

SOVEREIGN IMMUNITY ACT (FSIA) is being jurisdictionally challenged and full disclosure of the true jurisdiction of

this Court is now being demanded.

Any failure to disclose the true jurisdiction is a violation of 15 Statutes at Large, Chapter 249 (section 1), enacted July
27 1868, Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States:

Whereas the rights of expatriation is a nature and inherent right of all people, indispensable to the enjoyment of the rights
of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely
received emigrants from all nations, and invested them with the right of citizenship; and whereas it is claimed that such
American citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and
whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and
finally disavowed; Thereof.

Be it enacted by the Senator and the House of Representatives of the United States of American in Congress assembled,
That any declaration, instruction, opinion, order, or decision, of any officers of is government which denies, restricts,
impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this
government.

As an American Citizen I hold the inherent right of the 11th Amendment. The judicial power shall not be construed to

extend to any suit in law or equity, commenced or prosecuted by a Foreign State. If this FOREIGN STATE is misusing the

name of this American Citizen by placing it in all caps or misusing the last name or using the term "person" as a

CORPORATION all complaints and suit against such CORPORATION fall under the FSIA and the DEPT OF STATE

OFFICES in Washington DC. DC now has to be notify pursuant to 22 CFR 93.1 -93.2. A copy of the FSIA has to be filed

with the complaint to the defendant's chief executive officer of that CORPORATION.

MUNICIPAL, COUNTY, OR STATE COURT lacks jurisdiction to hear any case under the FOREIGN STATE definitions.

This jurisdiction lies with the UNITED STATES DISTRICT COURT under the FSIA Statutes pursuant to 28 USC 1330.

Because the Defendant is a non corporate entity and is not registered with any Secretary of State as a CORPORATION the

Prosecution has **FAILED** to state a claim to which relief can be granted under 12(b)(6). Should be therefore this matter

must be dismissed for lack of political, personam, and subject matter jurisdiction. venue and under the 11th Amendment.

Definitions

**Corpus Juris Secundum "*The Body of Law*" or Legal encyclopedia, Volume 7, Section 4: as quoted:**
"Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and not to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter". The Biggest problem today is that People do not know their own rights & blindly entrust their rights to someone else.

BLACK'S LAW DICTIONARY FIFTH EDITION

**Foreign Court**
The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the states when their judgment or records are introduced in the courts of another.

**Foreign jurisdiction**
Any jurisdiction foreign to that of the forum; e.g. a sister state or another country. Also the exercise by a state or nation jurisdiction beyond its own territory. Long – arm Service of process is a form of such foreign or extraterritorial jurisdiction.

**Foreign laws**
The laws of a foreign country, or of a sister state. In conflict of law, the legal principle of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "jus receptum".

**Foreign corporation**
A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the states or territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4 See also Corporation.

**TITLE 26 - INTERNAL REVENUE CODE**, Subtitle F - Procedure and Administration ,CHAPTER 79 – DEFINITIONS
Sec. **7701**. Definitions **(5)** Foreign The term "foreign" when applied to a corporation or partnership means a corporation or partnership which is not domestic.

**Foreign service of process**
Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4(i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d)(3).

**Foreign states**
Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.

**Foreign immunity**
With respect to jurisdiction immunity of foreign nation, see 28 U.S.C.A 1602 et seq.

**Profiteering**
Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods

at inflated price during time of emergency or war.

**Person**
In general usage, a human being (i.e. nature person) thought by statute term may include a firm, labor organizations, partnerships, associations, corporations, legal representative, trustees, trustees in bankruptcy ,or receivers. National Labor Relations act, §2(1). A corporation is a " person" within meaning of equal protection and due process provisions of United States Constitution.

**Writ of coram non judice**
In presence of a person not a judge. When a suit is brought and determined in a court which has no jurisdiction in the matter, then it is said to be coram non judice, and the judgment is void.

At common law in England, it issued from the Court of Kings Bench to a judgment of that court. Its principal aim is to afford the court in which an action was tried and opportunity to correct it's own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law. It lay to correct purely ministerial errors of the officers of the court.  You have 7 days after receipt of delivery  to respond to this notice under penalty of perjury to state proper Jurisdiction or demand for dismissal.

*James-Calvin Jones Junior*
non corporate entity

## PROOF OF SERVICE

Now comes JAMES CALVIN JONES JR ©®™with a **JUDICIAL NOTICE; IN THE NATURE OF WRIT OF CORAM NON JUDICE & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION**. To be placed before the DEKALB COUNTY SUPERIOR COURT CLERK on this the __19th__ day of July in the year of our Lord 2010 A.D.

*James-Calvin Jones Junior*
non corporate entity

CC:
CLARENCE F. SEELIGER, JUDGE – DEKALB COUNTY SUPERIOR COURT (listed above)
LINDA CARTER DEKALB COUNTY SUPERIOR COURT CLERK (CM# 70101060000069339238)
COURTNEY JOHNSON, ASSISTANT DISTRICT ATTORNEY OF DEKALB COUNTY (CM# 70101060000069339245)

## CERTIFIED MAIL RETURN RECEIPT REQUESTED

# NOTICE TO COUNTY CLERK

The minute you receive any affidavit, it is recorded. Should you refuse to record My affidavits, once deposited with you, you are committing a crime against justice under Statutes at Large Sec. 5403 and it is punishable by up to a $2000 fine and 3 years imprisonment. If your county attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third party interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third parties and do not have a license to make a legal determination in this matter as they do not represent Me and you, the county clerk, do not have the authority to represent Me.

Title LXX.—CRIMES.— CH. 4. CRIMES AGAINST JUSTICE

(Destroying, &c., public records.)

**SEC. 5403.** Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § §5408,5411,5412.1]

Title LXX.—CRIMES.— CH. 4. CRIMES AGAINST JUSTICE

(Conspiracy to defeat enforcement of the laws.)

**SEC. 5407.** If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1

Title LXX.—CRIMES.— CH. 4. CRIMES AGAINST JUSTICE

(Destroying record by officer in charge.)

**SEC. 5408.** Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Linda Carter

DeKalb County Superior Court Clerk
207
556 N. McDonough Street
Decatur, GA 30030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name)     C. Date of Delivery
JUL 26 2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 1060 0000 6933 9238

PS Form 3811, February 2004     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Linda Carter

DeKalb County Superior Court Clerk
Room 207
556 N. McDonough Street
Decatur, Georgia 30030

For Court Filing

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name)     C. Date of Delivery
JUL 26 2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 2810 0002 0113 8041

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1

Copy of Transcript

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

JAMES C. JONES.

            Plaintiff,

    vs.

JOY ADAMS.

            Defendant.

CIVIL ACTION FILE
NO. 08-A-90137

**DEPOSITION OF**

**JOY ADAMS**

September 12, 2008
11:15 a.m.

1549 Clairmont Road
Suite 104
Decatur, Georgia

Richard Dean Whitehead, CCR-B-1446

# BROWN&GALLO

" V - * -      LLC

COURT REPORTING | VIDEO SERVICES | TRIAL

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Joy Adams                                        September 12,  2008

10

A.      Correct.

Q.      You could have returned, though; right?

A.      If a position became available, to my
understanding, yes.

Q.      And but you didn't seek to return; is that
correct?

A.      Correct.

Q.      Now, have you ever had a conversation with
Mr. Jones prior to today?

A.      I don't understand the question.

Q.      Have you ever had a conversation with
Mr. Jones?

A.      Yes.

Q.      Okay.  Do you know when the last
conversation you had with Mr. Jones?

A.      I don't recall the exact date, no.

Q.      Okay.  Do you recall about as far as the
month you may have had that conversation with Mr.
Jones?

A.      No.

Q.      What?  It was in the last -- you left
there in - - I guess you say you left Clarkston around
January 1st, 2008.  Did you have a conversation with
Mr. Jones between January 1st, 2008, and today?

A.      No.

BROWN^GALLO   Telephone: 404.495.0777 Toll Free: 877.495.0777 Facsimile: 404.495.0766 LLC

COURT REPORTING   VIDEO SERVICES   TRIAL PRESENTATION
01 Marietta Street                          2700 Centennial Tower
                                            Atlanta, GA 30303

11

Q.   Okay.  You understand the question.  I'm
not trying to trick you or anything.  But you left
Clarkston on January -- around January 1st, 2008; is
that correct?

A.   That's correct.

Q.   Okay.  My question is have you had a
conversation with James Jones from January 1st, 2008,
up until today?

A.   No.

Q.   Have you ever seen Mr. James Jones at your
house between January 1st, 2008, and today?

A.   No .

Q.   In March, in March 2008 -- did you ever
have a conversation with any person employed with
Clarkston about James Jones in March 2008?

A.   Yes.

Q.   Okay.  And can you identify that person
for me?

A.   The city clerk, Tracy Ashby.

Q.   Okay.  And how many conversations do you
think you had with Ms. Ashby in March

A.   One.

Q.    2008?  Was that phone or in person?

A.   In person.

Q.   Okay.  And that was at the City of

BROWN &  (Telephone: 404.495.0777 Toll Free: 877.495.0777 Facsimile: 404.495.0766 LLC
01 Marietta Street
COURT REPORTING | VIDEO SERVICES    TRIAL PRESENTATION
2700 Centennial Tower
Atlanta, GA 30303
www.browneallo.com

Joy Adams                                    September 12, 2008

17

Q.     Okay.  At that time.  When did you make
the 911 call?

A.     I don't recall the exact time the call was
made, but it was on March 17th.

Q.     That you called 911?

A.     I called to make a report on March the
17th.  I don't recall the exact time I made the call,
but when I made the call, I was informed by the
operator that an officer would return the call to me.

Q.     And the officer returned the call about
11:00 p.m.?

A.     Yes.

Q.     When you made that 911 call, were you at
home or were you at work?

A.     To my recollection, I was at home.

Q.     Why did you make a 911 call to, I guess,
DeKalb County Police or Emergency?  Is that an
emergency call, 911?

A.     When you call the 911 number, they will
dispatch you to a nonemergency operator, and that's
what happened.

Q.     And why did you make that call on
March 17, 2008?

A.     Because when I learned that Mr. Jones had
come to my home, he was an ex-officer.  I was then

BROWN^GALLO LLC
Telephone: 404.495.0777 Toll Free: 877.495.0777 Facsimile:
404.495.0766

COURT REPORTING  |  VIDEO SERVICES  |  TRIAL PRESENTATION

101 Marietta Street

Atlanta, GA 30303

www.browneallo.com

the clerk of court.  I didn't know what his motive
was for coming to my home.  I had never invited him
to my home or had he driven me home or had any reason
to have knowledge that he knew where I lived to come
personally to my home.  So I didn't know what he was
up to .

    Q.    Okay.  Is that what you reported to the
911 operator?

    A.    I did.

    Q.    Okay.  Now

    A.    Not to the operator, to the officer.

    Q.  Okay.  To Officer Harper.  Now, what else
did you tell Officer Harper other than what you just
testified to?

    A.    That my daughter had informed me that Mr.
Jones had come to my home at approximately 12:00
o'clock during the day, knocked on the door.  And
when she had asked who is it, he informed her that he
was Clarkston Police.

       At that time, she was reluctant to open
the door, but she didn't know if something had
happened to me because everybody there knows me, or
what the situation was, so then she attempted to open
the door.  When she cracked the door, Mr. Jones was
the person standing behind the door, and to


BROWN & Telephone: 404.495.0777 Toll Free: 877.495.0777 Facsimile: 404.495.0766 Lie
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
2700 Centennial Tower
Atlanta, GA 30303
www.browneallo.com

19

reference, it was mentioned that he was with

Clarkston Police and that --

    Q.    Is that what your daughter told you?

    A.    Yes.

    Q.    That Mr. Jones said he was with the

Clarkston Police?

    A.    When she asked who it is, he said

Clarkston Police. He did not identify himself as

James Jones.

    Q.    That's what your daughter told you?

    A.    Exactly.

    Q.    And you reported that to Officer Harper?

    A.    Correct .

    Q.    Okay. On or about March 17, 2008, about

11:00 o'clock p.m.?

    A.    Yes.

    Q.    And your daughter was the one you

identified earlier?

    A.    Yes.

    Q.    Her name again?

    A.    Zaneta Williams.

    Q.    You don't know what time you had that

conversation with your daughter about Mr. Jones?

    A.    She called me immediately after he left

the residence. I don't recall the exact time that I

BROWN&GALLO Telephone: 404.495.0777 Toll Free: 877.495.0777 Facsimile: 404.495.0766 Lie

COURT REPORTING I VIDEO SERVICES | TRIAL PRESENTATION
2700 Centennial Tower
Atlanta, GA 30303

www.browriEallo.com

20

received a call.

Q.    And were you at work when your daughter
called you?

A.    I was.

Q.    Okay.  And she told you the same thing
that you just testified to earlier?

A.    Yes.

Q.    That Mr. Jones had come to your house, that
he had a subpoena.  He identified himself as a
Clarkston police officer?

A.    Yes.

Q.    And that he left a subpoena for you?

A.    She didn't know at the time that he left
that it was a subpoena because of the way that it was
folded up.  Her indication was that he said give this
to your mom.  They're trying to do me the same way
they did her.

Q.    They're trying to do who the same way?

A.    Do him the same way that they did me.  I
don't know what was meant by that.

Q.  Oh, okay.  That your daughter reported to
you that Mr. Jones stated to her they were trying to
do him the same way they did you?

A.    Exactly.

Q.    Okay.  And then when you got that phone

BROWN & ( Telephone: 404.495.0777 Toll Free: 877.495.0777 Facsimile: 404.495.0766 LLC
COURT REPORTING | VIDEO SERVICES i TRIAL PRESENTATION

2700 Centennial Tower
Atlanta, GA 30303
www.browneallo.com

Joy Adams                                      September 12, 2008

21

call, you       did you call 911?

A.      No.

Q.      Were you at home, you think, when you
called 911, or was it after work after you had

A.      It was after I had come home, but I'm not I
can't recall if I was on -- because I use my cell
phone a lot as well, so I'm not sure. But I'm in
recollection, I believe I was at home.

Q.      And whatever your daughter reported to
you, you gave that information to Officer Harper over
the phone; is that correct?

A.      Yes.

Q.      Okay. And did you have any other
conversation with Officer Harper about the
incident,

A.      State your

Q.       about Mr. Jones?

        Did you have any other conversation with
Officer Harper about Mr. Jones after the conversation
you had with him about 11:00 p.m. on March 17th,
2008?

A.      You mean did I talk to him anymore that
day?

Q.      Yes.

A.      No.

BROWN^GALLO   Telephone: 404.495.0777 Toll Free: 877.495.0777 Facsimile:
                         404.495.0766 LLC

                  COURT REPORTING I VIDEO SERVICES I TRIAL PRESENTATION
                                              2700 Centennial Tower
                                                    Atlanta, GA 30303
www.browneallo.com